UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| U.S. Fidelity | ) | |
| | ) | CV F 99-5583 REC/SMS |
| | ) | |
| Plaintiff, | ) | NEW CASE NUMBER: |
| | ) | |
| v. | ) | CV F-99-5583 OWW/SMS |
| | ) | |
| LEE INVESTMENTS etal | ) | |
| | ) | **AMENDED** |
| | ) | **ORDER REASSIGNING CASE** |
| Defendant. | ) | |
| | ) | |
| | ) | |

   This matter is reassigned from the docket of United States District Judge Robert E. Coyle to the docket of United States District Judge Oliver W. Wanger.

   To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**CV F-99-5583 OWW**/SMS


DATED: December 21, 2005

_____/s/ ROBERT E. COYLE_____
ROBERT E. COYLE
UNITED STATES DISTRICT JUDGE

1