UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) | 1:99-cv-5583 OWW SMS |
| Plaintiff, | ) ) | SCHEDULING CONFERENCE ORDER |
| v. | ) ) | Motions to Amend Filing Deadline: 3/3/06 |
| LEE INVESTMENTS LLC, DIANA CONLEY, | ) ) ) | Oppositions Filing Deadline: 3/17/06 |
| Defendants. | ) ) | Replies Filing Deadline: 3/24/06 |
| _____ | ) ) | Motions to Amend Hearing Date: 4/3/06 10:00 Ctrm. 3 |

I.   Date of Scheduling Conference.

February 10, 2006.

II.   Appearances Of Counsel.

Charlston, Revich & Chamberlin LLP by Bruce T. Smyth, Esq., appeared on behalf of Plaintiff.

Dowling, Aaron & Keeler by Daniel O. Jamison, Esq., and Keith M. White, Esq., appeared on behalf of Defendant Lee Investments LLC and Diana Conley.

DLA Piper Rudnick Gray Cary U.S. LLP by Matthew Covington, Esq., appeared on behalf of Third-Party Defendant Aon Risk Services, Inc. of Central California Insurance Services.

1

1  III.   Summary of Pleadings.

2      1.    Defendant Lee Investments, LLC ("Lee") operates The
3  Island, a water park in Fresno.   In 1998, Plaintiff United States
4  Fidelity & Guaranty Company ("USF&G") issued a worker's
5  compensation insurance policy covering Lee's employees working at
6  The Island.   Counter-Defendant American Specialty Insurance
7  Services, Inc. ("American Specialty") acted as USF&G's managing
8  general agent with respect to the underwriting of the policy.
9  Third Party Defendant Aon Risk Services of Central California
10  Insurance Services, Inc. ("Aon") acted as Lee's retail insurance
11  broker with respect to the policy.

12      2.    In 1999, a Lee employee, Diana Conley, was seriously
13  injured at The Island.   USF&G paid worker's compensation benefits
14  to Ms. Conley but in this action seeks to rescind the insurance
15  policy and recover those payments based on alleged
16  misrepresentations by Lee concerning the scope of work being
17  performed by its employees.

18  IV.   Discovery Plan and Cut-Off Date.

19      1.    As the first order of business, a motions schedule
20  concerning any motions to amend existing claims and defenses
21  shall be as follows:

22          a.    Any motions to amend shall be filed by March 3,
23  2006;

24          b.    Opposition to motions to amend shall be filed on
25  or before March 17, 2006;

26          c.    Any replies shall be filed on or before March 24,
27  2006; and

28          d.    The motions to amend shall be heard on April 3,

2

1   2006, at 10:00 a.m. in Courtroom 3, 7th Floor, before the

2   Honorable Oliver W. Wanger.

3        2.   At the time of decision on the motions to amend a

4   further schedule shall be set for final resolution of this case.

5        3.   The current pre-trial conference and trial dates are

6   hereby VACATED for good cause shown.

7

8   DATED:  February 10, 2006.

9                              /s/ OLIVER W. WANGER

10                       _____

11                              Oliver W. Wanger
                         UNITED STATES DISTRICT JUDGE

12

13  united states fidelity v. lee sch con

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28