**UNITED STATES DISTRICT COURT**
**Eastern District of California**
**650 Capitol Mall**
**Sacramento, CA  95814**

JACK L. WAGNER
Clerk

Reply To:
Divisional Office
2500 Tulare Street, Room 1501
Fresno, CA  93721
Greg Lucas - (559) 499-5652

**February 21, 2006**

**Shand S. Stephens**
**Piper Rudnick LLP**
**333 Market Street**
**Suite 3200**
**San Francisco, CA  94105**

Re:   1:99-cv-5583 OWW SMSOWW
U. S. Fidelity v. Lee Investments

**Counsel:**

You are directed to personally appear on Monday, March 27, 2006, at 10:00 a.m. to show cause why sanctions should not be imposed against you for continued failure to comply with the courts requirement that all counsel shall register for electronic noticing.

Any response to this notice shall be filed seven days prior to the hearing.

Sincerely,

JACK L. WAGNER, Clerk

By  /s/ Greg Lucas
     Greg Lucas
     Courtroom Clerk to Judge Wanger