JEFFREY A. CHARLSTON (State Bar No. 65427)
BRUCE T. SMYTH (State Bar No. 089171)
CHARLSTON, REVICH & CHAMBERLIN LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Telephone: (310) 551-7000
Facsimile: (310) 203-9321

Attorneys for Plaintiff
United States Fidelity & Guaranty Company

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California Limited Liability Company, RICHARD K. EHRLICH, an individual, REXFORD PROPERTIES, LLC, a California Limited Liability Company, REXFORD DEVELOPMENT CORPORATION, a California corporation, and DIANA CONLEY, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 1:99-cv-05583 OWW-SMS<br><br>**STIPULATION RE RESOLUTION OF DISPUTE RE EXPERT;**<br><br>**ORDER THEREON** |

WHEREAS, the parties in the above-referenced matter have had a dispute with respect to the deposition of an expert witness, Arthur Levine, and defendant, counterclaimant, counterdefendant and third-party plaintiff Lee Investments, LLC dba The Island has filed a motion

to terminate deposition, set for hearing on September 8, 2006, and the parties have reached a resolution of that dispute pursuant to the terms of the stipulation set forth herein;

NOW, THEREFORE, the parties hereto, plaintiff, counterdefendant and counterclaimant United States Fidelity & Guaranty Company ("USF&G"), counterdefendant and third-party plaintiff American Specialty Insurance Services, Inc. ("American Specialty"), defendant, counterclaimant, counterdefendant and third-party plaintiff Lee Investments, LLC dba The Island ("Lee") and counterdefendant, counterclaimant and third-party defendant Aon Risk Services, Inc. of Central California Insurance Services ("Aon"), by the through their counsel of record, hereby stipulate as follows:

1.   Mr. Levine will be produced for a total of a maximum of three hours of further deposition pursuant to the original stipulation for the taking of expert depositions, a maximum of two hours of which will be allotted to counsel for USF&G and American Specialty, and one hour of which will be allotted to counsel for Aon, at the end of which three hour time limit the deposition will be deemed concluded.

2.   The deposition will begin at 9:30 a.m. at the offices of Charlston Revich & Chamberlin LLP, located at 1925 Century Park East, Suite 1250, Los Angeles, California 90067, at a mutually agreeable date for counsel and the witness.

3.   The parties stipulate that Lee's motion to terminate the deposition and for sanctions be taken off calendar.

4.   Lee waives and withdraws its contention that Lee is entitled to an order terminating the deposition after the fourth session of Mr. Levine's deposition and sanctions.

5.   USF&G and American Specialty waive and withdraw their contention that the deposition was improperly terminated during Session four of that deposition, waive and withdraw any contention that the any part of Mr. Levine's deposition or trial testimony should be excluded on that basis, and waive and withdraw any request for sanctions. Aon did not contest Lee's contention that Lee was entitled to terminate the deposition.

///

///

///

///

6. Except as expressly provided above, USF&G, American Specialty and Aon reserve all other rights to challenge the admissibility of Mr. Levine's testimony and report.

DATED: August 31, 2006

CHARLSTON, REVICH & CHAMBERLIN LLP
JEFFREY A. CHARLSTON
BRUCE T. SMYTH

By:     /s/    Bruce T. Smyth
    Bruce T. Smyth
Attorneys for Plaintiff, Counterdefendant and Third-Party Plaintiff UNITED STATES FIDELITY & GUARANTY COMPANY

DATED: August 31, 2006

DOWLING, AARON & KEELER, INC.
DANIEL O. JAMISON, ESQ.

By:     /s/    Daniel O. Jamison
    Daniel O. Jamison, Esq.
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff LEE INVESTMENTS, LLC

DATED: August 31, 2006

DLA PIPER RUDNICK GRAY CARY US LLP
MATTHEW S. COVINGTON

By:     /s/    Matthew S. Covington
    Matthew S. Covington
Attorneys for Counterdefendant and Third-Party Defendant AON RISK SERVICES, INC. OF CENTRAL CALIFORNIA INSURANCE SERVICES

**ORDER**

1
2  Good cause having been shown.
3
4                                                    _____
5
6  IT IS SO ORDERED.
7  **Dated:   September 1, 2006**              **/s/ Sandra M. Snyder**
   icido3                                      UNITED STATES MAGISTRATE JUDGE
8
...
28