UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>LEE INVESTMENTS, LLC dba THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT. | 1:99-cv-5583 OWW SMS<br><br>SUPPLEMENTAL SCHEDULING CONFERENCE ORDER<br><br>Rescission Motion Filing Deadline: 9/22/06<br><br>Opposition/Cross-Motions Filing Deadline: 10/6/06<br><br>Opposition to Cross-Motions Filing Deadline: 10/20/06<br><br>Reply to Opposition Filing Deadline: 10/27/06<br><br>Rescission Motion Hearing Date: 11/13/06 10:00 Ctrm. 3<br><br>Pre-Trial Conference Date: 12/11/06 11:00 Ctrm. 3<br><br>Trial Date: 1/30/07 9:00 Ctrm. 3 (JT-6 days) |

I.    Date of Scheduling Conference.

    September 1, 2006.

II.   Appearances Of Counsel.

    Charlston, Revich & Chamberlin LLP by Bruce T. Smythe, Esq., appeared on behalf of Plaintiff.

1

Daniel Jamison, Esq., appeared on behalf of Defendant Lee Investments, LLC dba The Island, a California limited liability company.

DLA Piper Rudnick Gray Cary US LLP by Matthew S. Covington, Esq., and Margaret L. Parker, Esq., appeared on behalf of Aon Risk Services, Inc. of Central California Insurance Services.

III.  Briefing Schedule re Rescission

1.  The Court has determined that the rescission issue concerning the policy in dispute shall be tried separately and before other issues raised by the pleadings.  The following schedule is adopted for the trial of the rescission issue which is to be severed for trial from issues raised by the Third Party Defendant and Counter-Claimant Aon Risk Services of Central California Insurance Services and American Specialty.

2.  To determine what issues shall be tried in the rescission trial, the following briefing schedule is adopted: Defendant Lee Investments shall file its opening brief re: issues to be tried during rescission case on or before September 22, 2006.  Any oppositions to Lee's motions and any cross-motions shall be filed on or before October 6, 2006.  Any opposition by Lee shall be filed to any cross-motions by October 20, 2006.  Any reply to the opposition shall be filed by October 27, 2006. November 13, 2006, at 10:00 a.m. in Courtroom 3 is the time set aside for the hearing on the motions.

3.  A pretrial conference is set on December 11, 2006, at 11:00 a.m. in Courtroom 3.

4.  The trial is set on January 30, 2007, at 9:00 a.m. in Courtroom 3.  Six days are reserved for trial.

5. Any issues that remain following the rescission case shall be tried in a second and separate action. The parties may present their positions in the briefing to be conducted as to whether the same jury should hear the remaining claims.

IT IS SO ORDERED.

Dated:    September 1, 2006                  /s/ Oliver W. Wanger
emm0d6                                       UNITED STATES DISTRICT JUDGE