Margaret L. Parker (Bar No. 129897)
Matthew S. Covington (Bar No. 154429)
Stephen A. Chiari (Bar No. 221410)
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Third-Party Defendant
AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>LEE INVESTMENTS, LLC dba THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT | CASE NO.  CIF F 99-5583 OWW (SMS)<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME FOR LEE INVESTMENTS LLC AND AON RISK SERVICES, INC. TO RESPOND TO COUNTERCLAIMS AND CROSS-CLAIMS**<br><br>Honorable Judge:  Oliver W. Wanger |

In accordance with the Local Rules of the United States District Court for the Eastern District of California, Rule 6-144(a), the Court hereby approves the Stipulation Extending Time (a copy of which is attached hereto as Exhibit A) for Third-Party Plaintiff and Cross-Claimants Lee Investments, LLC, Richard K. Ehrlich, Rexford Development Corporation, and Rexford Properties LLC (collectively "Lee") and AON Risk Services, Inc. of Central California Insurance Services ("Aon") to Respond to Counterclaims and Cross-Claims.

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2  Dated:__November 9, 2006_____ /s/ OLIVER W. WANGER_____

3                                              Oliver W. Wanger, United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
SAN FRANCISCO

SF\3131733.1

-2-
[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR LEE INVESTMENTS AND AON RISK SERVICES TO RESPOND TO COUNTERCLAIMS AND CROSS-CLAIMS   CIF F 99-5583 OWW (SMS)

PDF created with pdfFactory trial version www.pdffactory.com