1  Daniel O. Jamison       #76880
   Keith M. White          #188536
2  **DOWLING, AARON & KEELER, INC.**
   8080 N. Palm Avenue, Third Floor
3  Fresno, California 93711
   Tel: (559) 432-4500
4  Fax: (559) 432-4590

5  Lisa S. Ehrlich, Esq. #131459
   **LAW OFFICES OF LISA S. EHRLICH**
6  901A North Pacific Coast Highway, Ste. 200
   Redondo Beach, CA 90277
7  Tel.: (818) 377-3727
   Fax: (818) 377-3726
8

9  Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff LEE INVESTMENTS LLC
   and Defendants, Counter and Cross-Claimants RICHARD K. EHRLICH, REXFORD
10 DEVELOPMENT CORPORATION and REXFORD PROPERTIES LLC

11

12                           UNITED STATES DISTRICT COURT

13                           EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation, <br><br> Plaintiff, <br> v. <br> LEE INVESTMENTS LLC d.b.a. THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual, <br><br> Defendants, <br> LEE INVESTMENTS LLC, <br><br> Counter-claimant, <br> v. <br> AMERICAN SPECIALTY INSURANCE SERVICES, INC., AMERICAN SPECIALTY RISK MANAGEMENT SERVICES, LLC, UNITED STATES FIDELITY AND GUARANTY COMPANY, <br><br> Counter-defendants. <br><br> AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 99 5583 OWW SMS <br><br> STIPULATION RE TIMELINESS OF FILING AND SERVICE OF CERTAIN DOCUMENTS <br><br> Date:    November 13, 2006 <br> Time:    10:00 a.m. <br> Judge:   Hon. Oliver W. Wanger |

STIPULATION RE TIMELINESS OF FILING CERTAIN DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties hereto, by and through the undersigned, hereby stipulate and agree as
2  follows:
3      1.  The Declaration of Cathy A. Hacker in Support of United States
4  Fidelity & Guaranty Company's Motion In Limine for Judgment On Its Complaint, filed on
5  October 9, 2006, and
6      2.  The Lee Investment LLC's Reply Memorandum and Reply Declarations
7  of Daniel O. Jamison and James C. Sherwood filed on November 6, 2006 in Reply to the
8  Opposition of U.S.F.& G and American Specialty Insurance Services, Inc. to the Motion of Lee
9  Investments LLC for an Order Disqualifying Charlston, Revich & Chamberlin LLP and Bruce T.
10 Smyth from further representation,
11 shall be deemed to be timely filed and served.  To the extent, if any, that any of these
12 specific documents were not timely filed and served under Court Scheduling Order or
13 Local Rule, they were filed and served sufficiently close to the applicable filing deadline
14 so as not to cause prejudice to a party and good cause therefore exists for this stipulation.
15 This stipulation applies only to the due date for filing and service of these specific
16 documents under Court Scheduling Order or Local Rule.  All objections that would be
17 available to a party if there were no issue of compliance with a Scheduling Order or
18 Local Rule deadline are preserved.  This stipulation means only that objection will not be
19 made to these specific documents on the ground that they were filed and served on a
20 Monday instead of the preceding Friday.

Dated:    November 14, 2006          DOWLING, AARON & KEELER


By:_____
    DANIEL O. JAMISON
    KEITH M. WHITE
    Attorneys for Defendant, Counterclaimant
    and Third-Party Plaintiff LEE
    INVESTMENTS LLC and Defendants,
    Counter and Cross-Claimants RICHARD K.
    EHRLICH, REXFORD DEVELOPMENT
    CORPORATION and REXFORD
    PROPERTIES LLC

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
|1| | |
|2|Dated: November ___, 2006|CHARLSTON, REVICH & CHAMBERLAIN LLP|

By:_____
BRUCE T. SMYTH
Attorneys for Plaintiffs and Counterdefendants UNITED STATES FIDELITY & GUARANTY COMPANY and AMERICAN SPECIALTY INSURANCE SERVICES, INC.

Dated: November ___, 2006    DLA PIPER RUDNICK LLP

By:_____
MATT COVINGTON
Attorneys for AON

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: __November 8, 2006____

___/s/ OLIVER W. WANGER_____
United States District Court Judge

F:\wpd\90\9360\02\302o2173.DOJ.doc

3
STIPULATION RE TIMELINESS OF FILING CERTAIN DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com