1  Margaret L. Parker (Bar No. 129897)
   Matthew S. Covington (Bar No. 154429)
2  Stephen A. Chiari (Bar No. 221410)
   **DLA PIPER US LLP**
3  153 Townsend Street, Suite 800
   San Francisco, CA  94107-1957
4  Tel:  415.836.2500
   Fax:  415.836.2501
5
   Attorneys for Third-Party Defendant
6  AON RISK SERVICES, INC. OF CENTRAL
   CALIFORNIA INSURANCE SERVICES
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES FIDELITY &                    CASE NO.  CIF F 99-5583 OWW (SMS)
    GUARANTY COMPANY, a Maryland
12  corporation,                                **STIPULATION AND ORDER EXTENDING
                                                TIME FOR AON RISK SERVICES, INC. TO
13              Plaintiff,                       RESPOND TO CROSS-CLAIMS**

14      v.
                                                Honorable Judge:  Oliver W. Wanger
15  LEE INVESTMENTS, LLC dba THE
    ISLAND, a California limited liability
16  company, and DIANA CONLEY, an
    individual,
17
                Defendant.
18

19  AND RELATED COUNTERCLAIM
    AND THIRD-PARTY COMPLAINT
20

21

22          Third-Party Defendant and Counterclaimant Aon Risk Services, Inc. of Central California

23  Insurance Services ("Aon") and Cross-Claimants Richard K. Ehrlich, Rexford Development

24  Corporation, and Rexford Properties LLC ("Cross-Claimants") hereby stipulate to extend the time

25  in which Aon may answer or otherwise respond to Cross-Claimants' October 5, 2006 Cross-

26  Claims to, and including, December 15, 2006.

27          Because the December 11, 2006 hearing on USF&G's motion to strike Cross-Claimants'

28  counterclaims against USF&G may affect the need to respond at this time to the cross-claims by

**DLA PIPER US LLP**
SAN FRANCISCO

SF\3132743.1                    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR AON TO RESPOND TO
                                CROSS-CLAIMS  CIF F 99-5583 OWW (SMS)

PDF created with pdfFactory trial version www.pdffactory.com

Cross-Claimants against Aon, the stipulation extending time promotes judicial and party economy and, therefore, Aon and Cross-Claimants respectfully request Court approval in accordance with Local Rule 6-144(a).

Dated:  November 30, 2006                        DLA PIPER US LLP


By  /s/ *Matt Covington*
_____
MATTHEW S. COVINGTON
Attorneys for Third-Party Defendant
AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

Dated:  November ____, 2006                     DOWLING, AARON & KEELER
DANIEL O. JAMISON, ESQ.
KEITH M. WHITE, ESQ.


By _____
DANIEL O. JAMISON
Attorneys for Defendant
LEE INVESTMENTS LLC


**ORDER**

        IT IS SO ORDERED.


Dated:___December 4, 2006_____     ____/s/ OLIVER W. WANGER_____
Oliver W. Wanger, United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com