IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, et al.,<br><br>　　　　　Defendant. | No. CV-F-99-5583 OWW/SMS<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO DISMISS REXFORD'S COUNTERCLAIMS AND TO STRIKE REXFORD'S AFFIRMATIVE DEFENSES WITHOUT PREJUDICE (Docs. 340 & 344) AND VACATING ORAL ARGUMENT SET FOR DECEMBER 11, 2006 |

　　Because trial of issues involving potential liability and defenses of Richard K. Erlich, Rexford Properties, LLC, and Rexford Development Corporation (collectively Rexford) have been severed from the trial scheduled to commence on January 30, 2007, Plaintiff's motions to dismiss Rexford's counterclaims and to strike affirmative defenses (Docs. 340 and 344) are denied without prejudice.

　　If necessary, Plaintiff may re-notice these motions for hearing following conclusion of the initial trial, giving at

1

least one month's written notice.

     Oral argument set for December 11, 2006 on these motions is vacated.

IT IS SO ORDERED.

**Dated:   December 6, 2006**        **/s/ Oliver W. Wanger**
668554        UNITED STATES DISTRICT JUDGE

2