1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES FIDELITY &          )    1:99-cv-5583 OWW SMS
     GUARANTY COMPANY, a Maryland      )
10   corporation,                      )    ORDER ON MOTIONS RE ISSUES
                                       )    FOR TRIAL HEARD ON NOVEMBER
11                  Plaintiff,         )    13 AND 20, 2006
                                       )
12        v.                           )    (DOCS. NO. 270, 278, 273,
                                       )    288, 289, 291, 302)
13   LEE INVESTMENTS LLC d.b.a. THE    )
     ISLAND, a California limited      )
14   liability company and DIANA       )
     CONLEY, an individual,            )
15                                     )
                    Defendants.        )
16   _____)
                                       )
17   AND RELATED COUNTER-CLAIM AND     )
     THIRD-PARTY ACTIONS.              )
18                                     )
     _____)
19

20

21        The following motions came on regularly for hearing before

22   the undersigned on November 13 and 20, 2006:

23        1.   Lee's motion to disqualify the firm of Charleston,

24   Revich & Chamberlin LLP and Bruce Smyth, from further

25   representation of USF&G, American Specialty Insurance Services,

26   Inc. and American Specialty Risk Management Services, Inc. in

27   this action (Doc. Nos. 271 and 272);

28        2.   Lee's motion for order severing third party complaints

                                  1

1  and counter-claims (No. 270);

2       3.   Aon's counter-motion to same (Doc. No. 288);

3       4.   USF&G's motion for separate trial of complaint and

4  original answer and alternative motion (Doc. 289);

5       5.   USF&G's motion in limine for judgment and Lee's cross-

6  motion for summary judgment (Doc. Nos. 291 and 302);

7       6.   USF&G'S motion to strike newly-alleged affirmative

8  defenses or in the alternative for summary judgment (Doc. No.

9  278); and

10      7.   USF&G's motion to dismiss Counter-Claim, to strike

11  immaterial allegations and motion for summary judgment (Doc. No.

12  273).

13      Having reviewed the papers and evidence submitted by the

14  parties and having considered oral argument, and good cause

15  appearing, the Court now makes the following orders:

16      IT IS ORDERED that the oral statement of decision of the

17  Court on November 13, 2006, shall become the statement of

18  decision denying Lee's motion to disqualify Charleston, Revich &

19  Chamberlin LLP and Bruce Smyth of that firm.  That recusal motion

20  is DENIED.

21      Re Doc. Nos. 291 and 302 (Motion and Cross-Motion for

22  Judgment on Complaint)

23      IT IS ORDERED that USF&G's motion in limine for judgment as

24  to its complaint and Lee's cross-motion for summary judgment are

25  denied without prejudice to a party's right to seek judgment

26  under FRCP 50 after the first phase trial.

27      Re Doc. Nos. 270, 288 and 289 (Motions re Separate Trial)

28      FURTHER ORDERED that issues shall be separately tried as

2

1  follows:

2      A.   Except as set forth below, and subject to any
3  subsequent rulings on motions in limine, the first jury trial
4  shall include: (1) USF&G's Amended and Supplemental Complaint for
5  rescission; (2) Lee's Answer thereto, and Lee's second, third,
6  fourth, fifth, sixth, seventh and eighth affirmative defenses;
7  (3) Lee's amended and supplemental counter-claim against USF&G
8  and American Specialty, and the answer of USF&G and American
9  Specialty and their answer and defenses related to foundation,
10 performance, and breach of the insurance policy in dispute,
11 except for Lee's claims of breach of written contract and breach
12 of the implied covenant of good faith and fair dealing (insurance
13 bad faith); which shall be tried in any second phase trial; and
14 (4) Lee's third party complaint against Aon and Aon's counter-
15 claim thereto related to issuance of the disputed insurance
16 policy.

17     B.   The second phase of the trial shall be tried before a
18 separate jury and shall address the claims of: (1) USF&G against
19 the alleged alter ego Defendants Richard K. Ehrlich, Rexford
20 Properties, LLC and Rexford Development Corporation; (2) if there
21 is no rescission, Lee's claims for breach of written contract and
22 breach of the implied covenant of good faith and fair dealing
23 (insurance bad faith), and the third party complaint of USF&G and
24 American Specialty for indemnity and/or contribution against Aon
25 and Aon's answer and counter-claim and USF&G's and American
26 Specialty's answer to counter-claim and affirmative defenses.

27     Re Doc. No. 278 (Motion re Lee's Answer)

28     FURTHER ORDERED that USF&G'S motion to strike Lee's new

3

1   affirmative defenses numbered nine through fifteen in its answer

2   to USF&G's amended and supplemental complaint is GRANTED, without

3   prejudice to Lee's assertion of facts, issues and theories

4   properly asserted under its original affirmative defenses; and

5   that USF&G's alternative motion for summary judgment on Lee's

6   ninth and fourteenth affirmative defenses is DENIED as moot as

7   those affirmative defenses have been stricken.

8        <u>Re Doc. No. 273 (Motion re Lee's Counter-Claim)</u>

9       FURTHER ORDERED that USF&G's and American Specialty's motion

10   to dismiss, or alternatively to strike, Lee's amended and

11   supplemental Counter-Claim is DENIED except that the Court orders

12   that the claim for conspiracy to defraud is not a separate claim,

13   jurisdiction is reserved on Lee's claim for declaratory relief,

14   and the claims for breach of written contract and tortious bad

15   faith denial of insurance benefits shall be separately tried in

16   the second phase as ordered above.

17       FURTHER ORDERED that USF&G's and American Specialty's

18   alternative motion for summary judgment regarding Lee's Counter-

19   Claims is DENIED WITHOUT PREJUDICE and shall be renoticed and

20   heard after the first trial.

21       FURTHER ORDERED that USF&G's and American Specialty's motion

22   to strike Lee's Counter-Claims is DENIED, except that the Court

23   orders that the claim for conspiracy to defraud is not a separate

24   claim, and reserves jurisdiction on Lee's claim for declaratory

25   relief;

26       FURTHER ORDERED that at the conclusion of the first trial,

27   the Court will set a scheduling conference TO SET A TRIAL DATE

28   respecting the issues remaining to be tried in the second trial,

1  and for discovery, if necessary, respecting USF&G's alter ego

2  claims and respecting Lee's claims for bad faith denial of

3  insurance benefits and breach of the duty to defend.

4      FURTHER ORDERED that except as stated above, the respective

5  motions of the parties set forth above are otherwise denied

6  without prejudice.

7      FURTHER ORDERED that the Court will not hear disguised

8  motions for summary judgment as motions in limine before the

9  first phase jury trial.

10

11  DATED:  December 21, 2006.

12

13                              /s/ Oliver W. Wanger
                              _____
14                                 Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28