| | |
|---|---|
| 1 | JEFFREY A. CHARLSTON (State Bar No. 65427) |
|   | BRUCE T. SMYTH (State Bar No. 089171) |
| 2 | THOMAS S. FLYNN (State Bar No. 194231) |
|   | **CHARLSTON, REVICH & CHAMBERLIN LLP** |
| 3 | 1925 Century Park East, Suite 1250 |
|   | Los Angeles, California  90067 |
| 4 | Telephone: (310) 551-7000 |
|   | Facsimile:  (310) 203-9321 |

Attorneys for Plaintiff and Counterdefendant
UNITED STATES FIDELITY & GUARANTY
COMPANY and Counterdefendant AMERICAN
SPECIALTY INSURANCE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation, | ) ) ) | Case No. CIV F-99 5583 OWW-SMS |
| Plaintiff, | ) ) ) | **STIPULATION TO EXTEND TIME FOR COUNTERDEFENDANTS USF&G AND AMERICAN SPECIALTY TO RESPOND TO LEE'S AMENDED AND SUPPLEMENTAL COUNTERCLAIM** |
| v. | ) ) | |
| LEE INVESTMENTS LLC dba THE ISLAND, a California Limited Liability Company, RICHARD K. EHRLICH, an individual, REXFORD PROPERTIES, LLC, a California Limited Liability Company, REXFORD DEVELOPMENT CORPORATION, a California corporation, and DIANA CONLEY, an individual, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED THIRD PARTY COMPLAINTS AND COUNTERCLAIMS | ) ) ) ) | |

Charlston, Revich & Chamberlin LLP
99cv5583.stip.ext.wpd

STIPULATION TO EXTEND TIME FOR COUNTERDEFENDNATS' USF&G AND AMERICAN SPECIALTY TO RESPOND TO LEE'S AMENDED AND SUPPLEMENTAL  COUNTERCLAIM

| | |
|---|---|
| 1 | Plaintiff and Counterdefendant United States Fidelity & Guaranty Corporation |
| 2 | ("USF&G"), Counterdefendant American Specialty Insurance Services, Inc. ("American |
| 3 | Specialty") and Defendant and Counterclaimant Lee Investments, LLC ("Lee") hereby stipulate to |
| 4 | extend the time in which USF&G and American Specialty may respond to Lee's amended and |
| 5 | supplemental counterclaim from January 3, 2007 to January 17, 2006. |
| 6 | SO STIPULATED: |

DATED: January ____, 2007        CHARLSTON, REVICH & CHAMBERLIN LLP
                                 JEFFREY A. CHARLSTON
                                 BRUCE T. SMYTH
                                 THOMAS S. FLYNN

                                 By:        /S/
                                     Thomas S. Flynn
                                 Attorneys for Plaintiff and Counterdefendant
                                 UNITED STATES FIDELITY & GUARANTY
                                 COMPANY and Counterdefendant AMERICAN
                                 SPECIALTY INSURANCE SERVICES, INC.

DATED: January ____, 2007        DOWLING, AARON & KEELER, INC.
                                 DANIEL O. JAMISON, ESQ.
                                 KEITH M. WHITE, ESQ.

                                 By: _____
                                     Daniel O. Jamison
                                 Attorneys for Defendant, Counterclaimant and
                                 Third-Party Plaintiff LEE INVESTMENTS LLC and
                                 Defendnats, Counter and Cross-Claimants RICHARD
                                 K. EHRLICH, REXFORD DEVELOPMENT
                                 CORPORATION and REXFORD PROPERTIES,
                                 LLC

Charlston, Revich
& Chamberlin LLP
99cv5583.stip.ext.wpd

1
STIPULATION TO EXTEND TIME FOR COUNTERDEFENDNATS' USF&G AND AMERICAN SPECIALTY TO
RESPOND TO LEE'S AMENDED AND SUPPLEMENTAL COUNTERCLAIM

IT IS SO ORDERED.

**Dated:   January 5, 2007**                    **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE

Charlston, Revich
& Chamberlin LLP
99cv5583.stip.ext.wpd

2
STIPULATION TO EXTEND TIME FOR COUNTERDEFENDNATS' USF&G AND AMERICAN SPECIALTY TO RESPOND TO LEE'S AMENDED AND SUPPLEMENTAL COUNTERCLAIM