Margaret L. Parker (Bar No. 129897)
Matthew S. Covington (Bar No. 154429)
Stephen A. Chiari (Bar No. 221410)
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Third-Party Defendant
AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>LEE INVESTMENTS, LLC dba THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>              Defendants | CASE NO.  1:99-CV-05583 OWW (SMS)<br><br>**STIPULATION AND ORDER BARRING INTRODUCTION AT TRIAL OF EVIDENCE REGARDING EXPERT WITNESSES WHO HAVE BEEN WITHDRAWN FROM CASE**<br><br>Honorable Judge:  Oliver W. Wanger |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

   Aon Risk Services, Inc. of Central California Insurance Services ("Aon"), Lee Investments, LLC ("Lee"), United States Fidelity & Guaranty Company ("USF&G"), and American Specialty Insurance Services, Inc. ("ASI") (collectively the "Parties") hereby stipulate and agree:

   WHEREAS, Aon and USF&G/ASI have previously withdrawn their expert witnesses Brian Gagan and Greg Briggs, respectively;

   NOW, THEREFORE, the Parties do hereby agree and stipulate as follows:

DLA PIPER US LLP
SAN FRANCISCO

SF\3133314.2     STIPULATION AND [PROPOSED] ORDER BARRING INTRODUCTION OF EVIDENCE FROM
EXPERT WITNESSES WHO HAVE BEEN WITHDRAWN     CIV 99-5583 OWW (SMS)

PDF created with pdfFactory trial version www.pdffactory.com

No party, no party's counsel, and/or no party's witnesses will mention, reference, or introduce evidence of, the above-listed withdrawn experts, and/or the expert opinions or reports of any withdrawn expert witnesses. This stipulation does not preclude any party from commenting on the absence of expert testimony on any subject, without reference to any withdrawn expert.

Dated: January 22, 2007                DLA PIPER US LLP


By    /s/ *Matt Covington*
   MATTHEW S. COVINGTON
   Attorneys for Third-Party Defendant
   AON RISK SERVICES, INC. OF CENTRAL
   CALIFORNIA INSURANCE SERVICES


Dated: January 8, 2007                 DOWLING, AARON & KEELER


By    /s/ Daniel O. Jamison
   DANIEL O. JAMISON
   KEITH M. WHITE
   Attorneys for Defendant
   LEE INVESTMENTS LLC


Dated: January 20, 2007                CHARLSTON, REVICH & CHAMBERLAIN LLP


By    /s/ Bruce Tabor Smyth
   BRUCE TABOR SMYTH
   ALAN HOWARD LAZAR
   Attorneys for Plaintiff
   UNITED STATES FIDELITY & GUARANTY
   COMPANY, and AMERICAN SPECIALTY
   INSURANCE SERVICES, INC.

**ORDER**

  IT IS SO ORDERED.


Dated:_1/22/07_____         /s/ Oliver W. Wanger___
                                     Oliver W. Wanger, United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com