Margaret L. Parker (Bar No. 129897)
Matthew S. Covington (Bar No. 154429)
Stephen A. Chiari (Bar No. 221410)
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Third-Party Defendant
AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEE INVESTMENTS, LLC dba THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | CASE NO.  1:99-cv-5583 OWW SMS<br><br>**ORDER CONCERNING AON'S MOTION IN LIMINE NO. 2, TO EXCLUDE EVIDENCE REGARDING CERTAIN PORTIONS OF THE COUNTERCLAIMS OF USF&G AND AMERICAN SPECIALTY INSURANCE SERVICES, INC**<br><br>Date:    January 30, 2007<br>Time:   9:00 a.m.<br>Dept:   Courtroom 3<br>Judge:  The Honorable Oliver W. Wanger |

On Thursday, January 18, 2007, Motion in Limine No. 2 by Aon Risk Services, Inc. of Central California Insurance Services ("Aon") to Exclude Certain Portions of the Counterclaims of United States Fidelity and Guaranty Company ("USF&G") and American Specialty Insurance Services, Inc. ("ASI") came on for hearing.  Bruce T. Smyth of Charleston, Revich & Chamberlin, LLP appeared on behalf of plaintiff USF&G and ASI.  Daniel O. Jamison and Keith M. White of Dowling, Aaron & Keeler appeared on behalf of defendant Lee Investments, LLC ("Lee").  Matthew S. Covington of DLA Piper US LLP appeared on behalf of defendant Aon.

DLA PIPER US LLP
SAN FRANCISCO

SF\3133780.1       [PROPOSED] ORDER CONCERNING AON'S MOTION IN LIMINE NO. 2, TO EXCLUDE CERTAIN
PORTIONS OF THE COUNTERCLAIM OF USF&G AND ASI       CASE NO. 1:99-cv-5583 OWW SMS

PDF created with pdfFactory trial version www.pdffactory.com

1  The Court made no ruling on the merits of this motion and deferred ruling on the same, without
2  prejudice, until the second trial, at which time Aon may raise this motion again.

IT IS SO ORDERED.

Dated:  February 1, 2007

By:__/s/ OLIVER W. WANGER_____
     The Honorable Oliver W. Wanger
     United States District Court Judge

-2-

SF\3133780.1      [PROPOSED] ORDER CONCERNING AON'S MOTION IN LIMINE NO. 2, TO EXCLUDE CERTAIN
PORTIONS OF THE COUNTERCLAIM OF USF&G AND ASI     CASE NO. 1:99-cv-5583 OWW SMS

PDF created with pdfFactory trial version www.pdffactory.com