Margaret L. Parker (Bar No. 129897)
Matthew S. Covington (Bar No. 154429)
Stephen A. Chiari (Bar No. 221410)
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Third-Party Defendant
AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>LEE INVESTMENTS, LLC dba THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>             Defendants. | CASE NO.  1:99-cv-5583 OWW SMS<br><br>**ORDER CONCERNING AON'S MOTION IN LIMINE NO. 3, TO EXCLUDE EVIDENCE REGARDING LEE'S CLAIMS FOR NEGLIGENCE, NEGLIGENT MISREPRESENTATION, FRAUD, CONSPIRACY TO DEFRAUD, AND BREACH OF ORAL CONTRACT**<br><br>Date:    January 30, 2007<br>Time:   9:00 a.m.<br>Dept:    Courtroom 3<br>Judge:  The Honorable Oliver W. Wanger |
| AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | |

On Thursday, January 18, 2007, Motion in Limine No. 3 by Aon Risk Services, Inc. of Central California Insurance Services ("Aon") to Exclude Lee Investment, LLC's ("Lee") Claims for Negligence, Negligent Misrepresentation, Fraud, Conspiracy to Defraud, and Breach of Oral Contract came on for hearing.  Bruce T. Smyth of Charleston, Revich & Chamberlin, LLP appeared on behalf of plaintiff United States Fidelity & Guaranty Company ("USF&G") and American Specialty Insurance Services ("ASI").  Daniel O. Jamison and Keith M. White of Dowling, Aaron & Keeler appeared on behalf of defendant Lee.  Matthew S. Covington of DLA

DLA PIPER US LLP
SAN FRANCISCO

SF\3133766.1    [PROPOSED] ORDER CONCERNING AON'S MOTION IN LIMINE NO. 3, TO EXCLUDE LEE'S CLAIMS
CASE NO. 1:99-cv-5583 OWW SMS

PDF created with pdfFactory trial version www.pdffactory.com

Piper US LLP appeared on behalf of defendant Aon.  The Court, having considered the moving and opposing papers and the arguments of counsel, hereby orders that Aon's motion in limine No. 3 to exclude Lee's claims for negligence, negligent misrepresentation, fraud, conspiracy to defraud, and breach of oral contract is denied.  The Court finds that although it is undisputed that the USF&G policy procured on Lee's behalf is a fully integrated policy that covers all of Lee's employees and their activities, the claims Aon seeks to exclude may be broadly interpreted to rest upon fraud in the execution.

IT IS SO ORDERED.

Dated:  February 1, 2007

By:_/s/ OLIVER W. WANGER_____
The Honorable Oliver W. Wanger
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com