1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES FIDELITsY &        )   1:99-cv-5583 OWW SMS
    GUARANTY COMPANY, a Maryland     )
10  corporation,                     )   ORDERS GRANTING USF&G AND
                                     )   AMERICAN SPECIALTY'S MOTION
11               Plaintiff,          )   IN LIMINE NO. 1 TO EXCLUDE
                                     )   TESTIMONY OF ARTHUR LEVINE,
12       v.                          )   AN EXPERT WITNESS
                                     )   DESIGNATED BY LEE, ON
13  LEE INVESTMENTS LLC d.b.a THE    )   INTERPRETATION OF LETTERS
    ISLAND, a California limited     )   AND INTERPRETATIONS OF LAW
14  liability company and DIANA      )
    CONLEY, an individual,           )
15                                   )
                 Defendants.         )
16  _____ )
                                     )
17  AND RELATED COUNTERCLAIMS,       )
    CROSS-CLAIMS AND THIRD-PARTY     )
18  COMPLAINTS.                      )
                                     )
19  _____ )

20

21       The Motion in Limine No. 1 of Plaintiff, Counterdefendant

22  and Counterclaimant United States Fidelity & Guaranty Company

23  ("USF&G") and American Specialty Insurance Services, Inc.

24  ("American Specialty" to exclude testimony of Arthur Levine, an

25  expert witness designated by Defendant Lee Investment LLC

26  ("Lee"), on interpretation of letters and interpretations of law

27  came on for hearing before the Honorable Oliver W. Wanger, Untied

28  States District Judge, on January 12, 2007.

                              1

1    After having considered the motion and moving papers
2 submitted by USF&G and American Specialty and memorandum of
3 points and authorities in opposition of Lee and after oral
4 argument,

5    IT IS ORDERED:

6    (1)   Motion in Limine No. 1 of USF&G and American Specialty
7 is granted.

8    (2) The interpretation of provisions of the Uniform
9 Statistical Reporting Plan of the Workers Compensation Insurance
10 Bureau is a matter of law and Lee's expert, Arthur Levine, is
11 barred from testifying as to conclusions of law because the Court
12 will provide such conclusions in its jury instructions.   Levine
13 can, however, testify as to how Workers' Compensation
14 Classifications are developed and what they mean.   Mr. Levine can
15 describe that if a category is so defined and how that relates to
16 an insurer's policy.   Mr. Levine may testify about what happens
17 in the industry by way of custom and practice, and he may explain
18 how the rules are made.

19    (3)   Mr. Levine is barred from testifying as to what any of
20 the parties, including USF&G, American Specialty or Aon, should
21 have done.   However, if there is a standard by which an insurer
22 would practice issuing a policy, then as long as that can be
23 described foundationally as to what the requirements are of such
24 a standard, and its applicability to an insurer, then an expert
25 may opine that the insurer did or did not meet that standard and
26 either why or why not.

27    (4)   Mr. Levine is barred from testifying as to what any of
28 the parties intended in their letters and correspondence

concerning this dispute, in particular, the August 12, 1998 letter, because such matters are issues of intent and credibility to be determined by the jury.

(5)   Mr. Levine is barred from testifying as to what Lee intended or American Specialty intended in such letters.

(6)   Mr. Levine is additionally barred from testifying as to what the August 12, 1998 letter "should have been" interpreted to mean, "could only mean," or what it does mean.

(7)   Mr. Levine is barred from testifying as to any legal conclusion that the work of water slide fabrication requires a separate classification.

(8)   Aon may cross-examine Mr. Levine concerning his opinions about Aon only if those opinions are not barred by the Court's rulings on the motions in limine.


DATED:   February 1, 2007.


                              /s/ OLIVER W. WANGER_____
                                 Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE




usf&gs order on mtn in limine 1

3