# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEE INVESTMENTS LLC d.b.a THE ISLAND, a California limited liability company and DIANA CONLEY, an individual,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS.<br>_____ | 1:99-cv-5583 OWW SMS<br><br>ORDERS GRANTING USF&G AND AMERICAN SPECIALTY'S MOTION IN LIMINE NO. 2 TO PRECLUDE LEE FROM OFFERING TESTIMONY OF ITS PUTATIVE EXPERT KENT LEMASTERS |

On January 12, 2007, the Motion in Limine No. 2 of Plaintiff, Counterdefendant and Counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American Specialty Insurance Services, Inc. ("American Specialty") to preclude Defendant Lee Investments LLC ("Lee") from offering testimony of its expert, Kent Lemasters, came on for hearing before the Honorable Oliver W. Wanger, United States District Judge. After having considered the motion and moving papers submitted by USF&G

1

and American Specialty and memorandum of points and authorities in opposition of Lee and after oral argument,

IT IS ORDERED:

Motion in Limine No. 2 of USF&G and American Specialty is denied, except as follows: Mr. Lemasters is barred from testifying about water park classifications for purposes of workers compensation insurance, the coverage afforded by workers compensation insurance to any particular individual or group of water park employees, and from testifying that employees engaging in types of activities or specific activities are covered by workers compensation insurance or within a particular classification for workers compensation purposes.  Mr. Lemasters may state his experience with workers compensation coverage to the extent he has any, such as 'we employed these individuals performing the work at issue, and we understand the law requires that we have Workers' Compensation insurance to cover their work, and we have done that.'

DATED:  February 1, 2007.


                                    _/s/ OLIVER W. WANGER_____
                                        Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE




usf&gs order on mtn in limine 2