UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEE INVESTMENTS LLC d.b.a THE ISLAND, a California limited liability company and DIANA CONLEY, an individual,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS.<br>_____ | 1:99-cv-5583 OWW SMS<br><br>ORDER GRANTING MOTION IN LIMINE NO. 3 OF USF&G AND AMERICAN SPECIALTY PRECLUDING LEE'S EXPERT EDGAR CLARK FROM TESTIFYING RE USF&G OR AMERICAN SPECIALTY'S ALLEGED BREACH OF DUTY TO LEE |

　　　On January 12, 2007, the Motion in Limine No. 3 of Plaintiff, Counterdefendant and Counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American Specialty Insurance Services, Inc. ("American Specialty") for an order precluding Lee Investments LLC's ("Lee") expert Edgar Clark from testifying regarding USF&G's or American Specialty's alleged breach of duty to Lee came on for a hearing before the Honorable Oliver W. Wanger, United States District Judge.  After having

1

considered the motion and moving papers submitted by USF&G and American Specialty and memorandum of points and authorities in opposition of Lee and after oral argument,

IT IS ORDERED:

Motion in Limine No. 3 of USF&G and American Specialty is granted and denied as follows:

(1)  Lee's expert, Edgar Clark, shall not be permitted to testify that the filing of the complaint for rescission is not in conformance with the standard of care of American Specialty, because the determination of the merits of filing a claim for rescission is a legal opinion and is not an issue to be tried in this trial phase.

(2)  Mr. Clark is precluded from testifying that American Specialty breached any duty because such opinion is a legal conclusion not to be made by an expert witness.  Mr. Clark should instead express his opinions by reference to the applicable "standard of care" to the extent he expressed it in his deposition and report, instead of "duty" which is a legal issue for the court.

(3)  Mr. Clark shall not be permitted to testify that any party failed to "properly" act or failed to act because such term is ambiguous.

DATED:  February 1, 2007.

_/s/ OLIVER W. WANGER_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

usf&gs order on mtn in limine 3

2