**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEE INVESTMENTS LLC d.b.a THE ISLAND, a California limited liability company and DIANA CONLEY, an individual,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | 1:99-cv-5583 OWW SMS<br><br>ORDER DENYING MOTION IN LIMINE NO. 6 OF USF&G AND AMERICAN SPECIALTY WITHOUT PREJUDICE TO EXCLUDE EVIDENCE OF PUNITIVE DAMAGES |

　　On January 12, 2007, the Motion in Limine No. 6 of Plaintiff, Counterdefendant and Counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American Specialty Insurance Services, Inc. ("American Specialty") to exclude evidence of punitive damages came on for hearing before the Honorable Oliver W. Wanger, United States District Judge.  After having considered the motion and moving papers submitted by USF&G and American Specialty and memorandum of points and authorities

1 | in opposition of Lee and after oral argument,
2 |     IT IS ORDERED:
3 |     Motion in Limine No. 6 of USF&G and American Specialty is
4 | denied without prejudice.  As long as there are fraud allegations
5 | that are at issue at trial, proof of fraud may not be clear and
6 | convincing, but this issue cannot be decided at this point as a
7 | matter of law.  The evidence and declarations submitted do not
8 | provide the Court sufficient information of the relationship of
9 | employees of American Specialty with USF&G to determine whether
10 | Lee can or cannot satisfy the requirement of establishing
11 | knowledge and ratification of American Specialty's alleged acts
12 | by USF&G.
13 |     The motion is denied without prejudice.  USF&G, American
14 | Specialty or Aon may file a motion under Fed.R.Civ.P. 50.
15 |
16 | DATED:   February 1, 2007.
17 |
18 |     /s/ OLIVER W. WANGER_____
    Oliver W. Wanger
19 |     UNITED STATES DISTRICT JUDGE
20 |
21 | usf&gs order on mtn in limine 6