UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEE INVESTMENTS LLC d.b.a THE ISLAND, a California limited liability company and DIANA CONLEY, an individual,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS.<br>_____ | 1:99-cv-5583 OWW SMS<br><br>ORDER GRANTING MOTION IN LIMINE NO. 7 OF USF&G AND AMERICAN SPECIALTY (1) TO PRECLUDE EVIDENCE ON ISSUES RESOLVED BY SUMMARY JUDGMENT AND (2) TO PRECLUDE EVIDENCE ON ISSUES RELEVANT TO USF&G'S RESCISSION CLAIM |

　　On January 12, 2007, Motion in Limine No. 7 of Plaintiff, Counterdefendant and Counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American Specialty Insurance Services, Inc. ("American Specialty") to preclude evidence on issues resolved by summary judgment and to preclude evidence on issues relevant to USF&G's rescission claim came on for hearing before the Honorable Oliver W. Wanger, United States District Judge. After having considered the motion and moving papers

1

submitted by USF&G and American Specialty and memorandum of points and authorities in opposition of Lee Investments LLC ("Lee") and Aon Risk Services, Inc. of Central California Insurance Services ("Aon"),

IT IS ORDERED that Motion in Limine No. 7 of USF&G and American Specialty is GRANTED IN PART.  Evidence shall not be adduced to contradict the following issues which have been resolved:

1.   The representations by Lee in its August 12, 1998 letter to American Specialty are material as a matter of law to the issuance by United States Fidelity & Guaranty Company of the workers compensation insurance policy to Lee.

2.   If it prevails on its complaint for rescission, USF&G is entitled to restitution from Lee in the sum of $623,320.26 as of May 23, 2002.

3.   The USF&G policy of workers' compensation insurance issued to Lee is an integrated unrestricted policy of insurance.

4.   The August 11, 1998, facsimile to Hugh Awtrey from Matt Sackett, seeing information about the performance of construction work, and the August 12, 1998 letter from Lee to Sackett, making representations about construction work, are admissible evidence in support of USF&G's rescission claim.

5.   USF&G restored or offered to restore all the premium payments and no evidence has been presented from which it might reasonably infer that USF&G intentionally waived its right to ///
///
///
///

rescind the policy.

DATED:   February 1, 2007.

                                  _/s/ OLIVER W. WANGER_____
                                       Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE


usf&gs order on mtn in limine 7