UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation, | ) ) ) ) | 1:99-cv-5583 OWW SMS |
| Plaintiff, | ) ) | ORDER GRANTING MOTION IN LIMINE NO. 8 OF USF&G AND AMERICAN SPECIALTY TO EXCLUDE EVIDENCE AND TESTIMONY RELATING TO AFFIRMATIVE DEFENSES OF LEE INVESTMENTS LLC STRICKEN BY THIS COURT |
| v. | ) | |
| LEE INVESTMENTS LLC d.b.a THE ISLAND, a California limited liability company and DIANA CONLEY, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | ) ) ) ) ) | |

On January 12, 2007, Motion in Limine No. 8 of Plaintiff, Counterdefendant and Counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American Specialty Insurance Services, Inc. ("American Specialty") to exclude evidence and testimony relating to affirmative defenses of Lee Investments LLC stricken by this court came on for hearing before the Honorable Oliver W. Wanger, United States District Judge.  After having considered the motion and moving papers submitted by USF&G and

1

American Specialty and memorandum of points and authorities in opposition of Lee Investments LLC ("Lee"),

IT IS ORDERED:

Motion in Limine No. 8 of USF&G and American Specialty to exclude evidence and testimony of affirmative defenses ordered stricken by the Court is granted, except as to evidence or testimony of issues and facts supporting other claims or defenses not stricken.

DATED:  February 1, 2007.

/s/ OLIVER W. WANGER
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

usf&gs order on mtn in limine 8