UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation, | ) ) ) ) | 1:99-cv-5583 OWW SMS |
| Plaintiff, | ) ) | ORDER GRANTING MOTION IN LIMINE NO. 10 OF USF&G AND AMERICAN SPECIALTY TO EXCLUDE EVIDENCE, TESTIMONY AND LEGAL ARGUMENTS AND NEWLY RAISED ALLEGATIONS BY AON AND LEE NOT SET FORTH IN PLEADINGS AS TO THE CONTENTION THAT LEE'S MISREPRESENTATIONS MAY NOT PROVIDE BASIS FOR RESCISSION UNDER INSURANCE CODE § 443 |
| v. | ) ) | |
| LEE INVESTMENTS LLC d.b.a THE ISLAND, a California limited liability company and DIANA CONLEY, an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | ) ) ) ) ) | |

On January 12, 2007, Motion in Limine No. 10 of Plaintiff, Counterdefendant and Counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American Specialty Insurance Services, Inc. ("American Specialty") to exclude evidence, testimony and new legal arguments or newly raised allegations by Aon Risk Services, Inc. of Central California Insurance Services ("AON") and Lee Investments, LLC ("Lee") not set forth in pleadings as to the contention that Lee's misrepresentations may

1

1  not provide basis for rescission under Insurance Code § 443 claim
2  came on for hearing before the Honorable Oliver W. Wanger, United
3  States District Judge.
4      After having considered the motion and moving papers
5  submitted by USF&G and American Specialty and memorandum of
6  points and authorities in opposition of Lee and Aon,
7      IT IS ORDERED that Motion in Limine No. 10 of USF&G and
8  American Specialty is granted.  The allegations of a defense
9  under Insurance Code § 443 were first raised in the Joint
10 Pretrial Statement by Lee and Aon, were not pleaded as an
11 affirmative defense by Lee or Aon and none of the allegations
12 that raise the defense were provided in responses to discovery.
13 There is material prejudice to USF&G because the defense was
14 asserted too late.  Except as set forth above, this Order is
15 without prejudice to Aon's rights to comment, present evidence,
16 and argue issues relating to rescission to the extent it is
17 afforded to the other parties.

19 DATED:  February 1, 2007.

21                              _/s/ OLIVER W. WANGER_____
                                     Oliver W. Wanger
22                              UNITED STATES DISTRICT JUDGE

24 usf&gs order on mtn in limine 10