1  JEFFREY A. CHARLSTON (State Bar No. 65427)
   BRUCE T. SMYTH (State Bar No. 089171)
2  **CHARLSTON, REVICH & CHAMBERLIN LLP**
   1925 Century Park East, Suite 1250
3  Los Angeles, California 90067
   Telephone: (310) 551-7000
4  Facsimile: (310) 203-9321

5  Attorneys for Plaintiff and Counterdefendant
   UNITED STATES FIDELITY & GUARANTY
6  COMPANY and Counterdefendant AMERICAN
   SPECIALTY INSURANCE SERVICES, INC.

FILED
JAN 3 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California Limited Liability Company, RICHARD K. EHRLICH, an individual, REXFORD PROPERTIES, LLC, a California Limited Liability Company, REXFORD DEVELOPMENT CORPORATION, a California corporation, and DIANA CONLEY, an individual,<br><br>             Defendants.<br><br>AND RELATED THIRD PARTY COMPLAINTS AND COUNTERCLAIMS | Case No. CIV F-99 5583 OWW-SMS<br><br>**ORDER GRANTING MOTION IN LIMINE NO. 4 OF USF&G AND AMERICAN SPECIALTY TO EXCLUDE EXPERT TESTIMONY NOT DISCLOSED PURSUANT TO THE F.R.Civ.P.**<br><br>Date:        January 30, 2007<br>Time:       9:00 a.m.<br>Courtroom: Honorable Oliver W. Wanger, United States District Judge |

CHARLSTON, REVICH & CHAMBERLIN LLP
1133Occ.wpd

ORDER GRANTING USF&G AND AMERICAN SPECIALTY MOTION IN LIMINE NO. 4
TO EXCLUDE EXPERT TESTIMONY NOT DISCLOSED PURSUANT TO THE F.R.Civ.P.



1  On January 12, 2007 the Motion in Limine No. 4 of plaintiff, counterdefendant and
2  counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American
3  Specialty Insurance Services ("American Specialty") to exclude expert testimony not disclosed
4  pursuant to the F.R.Civ.P. came on for a hearing before the Honorable Oliver W. Wanger, United
5  States District Judge. After having considered the motion and moving papers submitted by
6  USF&G and American Specialty and memorandum of points and authorities in opposition of Lee
7  Investments LLC ("Lee") and after oral argument,
8  It is Ordered:
9  Motion in Limine No. 4 of USF&G and American Specialty is granted and experts are
10 barred from providing expert testimony not disclosed in the expert reports and supplemental
11 reports.

DATED: January 30, 2007

_____
Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

CHARLSTON, REVICH
& CHAMBERLIN LLP
11330cc.wpd

ORDER GRANTING USF&G AND AMERICAN SPECIALTY MOTION IN LIMINE NO. 4
TO EXCLUDE EXPERT TESTIMONY NOT DISCLOSED PURSUANT TO THE F.R.Civ.P.