```
 1  JEFFREY A. CHARLSTON (State Bar No. 65427)
    BRUCE T. SMYTH (State Bar No. 089171)
 2  CHARLSTON, REVICH & CHAMBERLIN LLP
    1925 Century Park East, Suite 1250
 3  Los Angeles, California 90067
    Telephone: (310) 551-7000
 4  Facsimile: (310) 203-9321

 5  Attorneys for Plaintiff and Counterdefendant
    UNITED STATES FIDELITY & GUARANTY
 6  COMPANY and Counterdefendant AMERICAN
    SPECIALTY INSURANCE SERVICES, INC.
```

FILED
JAN 3 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California Limited Liability Company, RICHARD K. EHRLICH, an individual, REXFORD PROPERTIES, LLC, a California Limited Liability Company, REXFORD DEVELOPMENT CORPORATION, a California corporation, and DIANA CONLEY, an individual,<br><br>Defendants.<br><br>AND RELATED THIRD PARTY COMPLAINTS AND COUNTERCLAIMS | Case No. CIV F-99 5583 OWW-SMS<br><br>**ORDER GRANTING MOTION IN LIMINE NO. 9 OF USF&G AND AMERICAN SPECIALTY TO EXCLUDE EVIDENCE AND TESTIMONY RELATING TO LEE INVESTMENT LLC'S CONTENTION THAT AON RISK SERVICES, INC. OF CENTRAL CALIFORNIA IS THE AGENT OF USF&G AND/OR AMERICAN SPECIALTY**<br><br>Date:        January 30, 2007<br>Time:        9:00 a.m.<br>Courtroom:   Honorable Oliver W. Wanger, United States District Judge |

CHARLSTON, REVICH & CHAMBERLIN LLP
11356CC.WPD

ORDER GRANTING USF&G AND AMERICAN SPECIALTY MOTION IN LIMINE NO. 9
EXCLUDE EVIDENCE RE LEE'S CONTENTION THAT AON THE AGENT


1  On January 17, 2007, Motion in Limine No. 9 of plaintiff, counterdefendant and
2  counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American
3  Specialty Insurance Services, Inc. ("American Specialty") to exclude evidence and testimony
4  relating to the Lee Investments LLC's ("Lee") contention that its independent insurance broker,
5  Aon Risk Services, Inc. of Central California ("Aon"), is the agent of USF&G and/or American
6  Specialty, came on for hearing before the Honorable Oliver W. Wanger, United States District
7  Judge. After having considered the motion and moving papers submitted by USF&G and
8  American Specialty, the notice of joinder of Aon and memorandum of points and authorities in
9  opposition and supporting declarations of Lee, and after oral argument,
10  It is Ordered:
11  Motion in Limine No. 9 of USF&G and American Specialty is granted. The issue of the
12  alleged agency of Aon on behalf of American Specialty and USF&G was not fairly disclosed in
13  discovery, and is not in the pleadings except in a very late amendment to discovery responses.
14  There is prejudice to Aon and to USF&G and American Specialty because they have no ability to
15  deal with that new issue because they would be doing discovery at trial and Aon, USF&G,
16  American Specialty and Lee did not conduct discovery on that issue and that there is not an
17  identified witness from USF&G who would be conversant or even knowledgeable about Aon.

DATED: January 30, 2007

_____
Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

CHARLSTON, REVICH
& CHAMBERLIN LLP
11356cc.wpd

1
ORDER GRANTING USF&G AND AMERICAN SPECIALTY MOTION IN LIMINE NO. 9
EXCLUDE EVIDENCE RE LEE'S CONTENTION THAT AON THE AGENT