1 | JEFFREY A. CHARLSTON (State Bar No. 65427)
BRUCE T. SMYTH (State Bar No. 089171)
2 | **CHARLSTON, REVICH & CHAMBERLIN LLP**
1925 Century Park East, Suite 1250
3 | Los Angeles, California 90067
Telephone: (310) 551-7000
4 | Facsimile: (310) 203-9321

**FILED**

**JAN 3 0 2007**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

5 | Attorneys for Plaintiff and Counterdefendant
UNITED STATES FIDELITY & GUARANTY
6 | COMPANY and Counterdefendant AMERICAN
SPECIALTY INSURANCE SERVICES, INC.

7

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES FIDELITY &
GUARANTY COMPANY, a Maryland
12 | corporation,

13 | Plaintiff,

14 | v.

15 | LEE INVESTMENTS LLC dba THE
ISLAND, a California Limited Liability
16 | Company, RICHARD K. EHRLICH, an
individual, REXFORD PROPERTIES, LLC,
17 | a California Limited Liability Company,
REXFORD DEVELOPMENT
18 | CORPORATION, a California corporation,
and DIANA CONLEY, an individual,

19

20 | Defendants.

21

22 | AND RELATED THIRD PARTY
COMPLAINTS AND COUNTERCLAIMS

Case No. CIV F-99 5583 OWW-SMS

**ORDER GRANTING IN PART AND
DENYING IN PART MOTION IN LIMINE
NO. 12 OF USF&G AND AMERICAN
SPECIALTY TO EXCLUDE EVIDENCE
OR TESTIMONY RELATING TO CLAIMS
OF BREACH OF WRITTEN CONTRACT
AND BAD FAITH SEVERED FOR
SUBSEQUENT TRIAL PHASE**

Date:        January 30, 2007
Time:        9:00 a.m.
Courtroom:   Honorable Oliver W. Wanger,
             United States District Judge

23

24

25

26

27

28

ORDER GRANTING USF&G AND AMERICAN SPECIALTY MOTION IN LIMINE NO. 12
TO EXCLUDE EVIDENCE RE CLAIMS OF BREACH OF CONTRACT OF BAD FAITH

1        On January 17, 2007 the Motion in Limine No. 12 of plaintiff, counterdefendant and

2 counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American

3 Specialty Insurance Services, Inc. ("American Specialty") to exclude evidence and testimony

4 relating to claims of breach of written contract and bad faith severed for subsequent trial phase

5 came on for a hearing before the Honorable Oliver W. Wanger, United States District Judge.

6 After having considered the motion and moving papers submitted by USF&G and American

7 Specialty and memorandum of points and authorities in opposition of Lee Investments LLC

8 ("Lee"), and after oral argument,

9        It is ordered:

10        Motion in Limine No. 12 of USF&G and American Specialty is granted and evidence or

11 testimony relating to claims of breach of written contract and bad faith severed for subsequent

12 trial is excluded, but such motion is denied as to proof of damages on the counterclaims or breach

13 of alleged oral contract, because those issues are being tried in this trial phase.

14

15

16 DATED: January **30**, 2007

17 _____

18 Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

1

ORDER GRANTING USF&G AND AMERICAN SPECIALTY MOTION IN LIMINE NO. 12
TO EXCLUDE EVIDENCE RE CLAIMS OF BREACH OF CONTRACT OF BAD FAITH