```
1  JEFFREY A. CHARLSTON (State Bar No. 65427)
   BRUCE T. SMYTH (State Bar No. 089171)
2  CHARLSTON, REVICH & CHAMBERLIN LLP
   1925 Century Park East, Suite 1250
3  Los Angeles, California 90067
   Telephone: (310) 551-7000
4  Facsimile:  (310) 203-9321

5  Attorneys for Plaintiff and Counterdefendant
   UNITED STATES FIDELITY & GUARANTY
6  COMPANY and Counterdefendant AMERICAN
   SPECIALTY INSURANCE SERVICES, INC.
7
```

**FILED**

JAN 3 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California Limited Liability Company, RICHARD K. EHRLICH, an individual, REXFORD PROPERTIES, LLC, a California Limited Liability Company, REXFORD DEVELOPMENT CORPORATION, a California corporation, and DIANA CONLEY, an individual,<br><br>            Defendants.<br><br>_____<br><br>AND RELATED THIRD PARTY COMPLAINTS AND COUNTERCLAIMS | Case No. CIV F-99 5583 OWW-SMS<br><br>**ORDER GRANTING MOTION IN LIMINE NO. 14 OF USF&G AND AMERICAN SPECIALTY FOR AN ORDER PRECLUDING REFERENCES TO SPECULATIVE DAMAGES RE WORKERS COMPENSATION PENALTY**<br><br>Date:       January 30, 2007<br>Time:       9:00 a.m.<br>Courtroom:  Honorable Oliver W. Wanger, United States District Judge |

CHARLSTON, REVICH
& CHAMBERLIN LLP
11368cc.wpd

ORDER GRANTING USF&G AND AMERICAN SPECIALTY MOTION IN LIMINE NO. 14
FOR AN ORDER PRECLUDING REFERENCES TO SPECULATIVE DAMAGES

On January 18, 2007, the Motion in Limine No. 14 of plaintiff, counterdefendant and counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American Specialty Insurance Services, Inc. ("American Specialty") for an order precluding references to speculative damages re workers compensation penalties came on for a hearing before the Honorable Oliver W. Wanger, United States District Judge. After having considered the motion and moving papers submitted by USF&G and American Specialty and memorandum of points and authorities in opposition of Lee Investments LLC ("Lee"), and after oral argument,

It is Ordered:

Motion in Limine No. 14 of USF&G and American Specialty is granted to preclude reference to damages arising from possible workers' compensation penalties to Lee. Counsel, witnesses and expert witnesses are directed not to testify, conduct questioning or attempt to elicit testimony on the precluded evidence.

DATED: January 30, 2007

_____
Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

CHARLSTON, REVICH
& CHAMBERLIN LLP
11368cc.wpd

1

ORDER GRANTING USF&G AND AMERICAN SPECIALTY MOTION IN LIMINE NO. 14
FOR AN ORDER PRECLUDING REFERENCES TO SPECULATIVE DAMAGES