JEFFREY A. CHARLSTON (State Bar No. 65427)
BRUCE T. SMYTH (State Bar No. 089171)
**CHARLSTON, REVICH & CHAMBERLIN LLP**
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Telephone: (310) 551-7000
Facsimile: (310) 203-9321

Attorneys for Plaintiff and Counterdefendant
UNITED STATES FIDELITY & GUARANTY
COMPANY and Counterdefendant AMERICAN
SPECIALTY INSURANCE SERVICES, INC.

FILED
JAN 3 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California Limited Liability Company, RICHARD K. EHRLICH, an individual, REXFORD PROPERTIES, LLC, a California Limited Liability Company, REXFORD DEVELOPMENT CORPORATION, a California corporation, and DIANA CONLEY, an individual,<br><br>    Defendants.<br><br>AND RELATED THIRD PARTY COMPLAINTS AND COUNTERCLAIMS | Case No. CIV F-99 5583 OWW-SMS<br><br>**ORDER DENYING ALTERNATIVE MOTION IN LIMINE NO. 16 OF USF&G AND AMERICAN SPECIALTY FOR JUDGMENT ON THE COMPLAINT**<br><br>Date:   January 30, 2007<br>Time:   9:00 a.m.<br>Courtroom: Honorable Oliver W. Wanger, United States District Judge |

On January 18, 2007, Motion in Limine No. 16 of plaintiff, counterdefendant and counterclaimant United States Fidelity & Guaranty Company ("USF&G") and American Specialty Insurance Services ("American Specialty") for judgment on the complaint came on for hearing before the Honorable Oliver W. Wanger, United States District Judge. After having considered the motion and moving papers submitted by USF&G and American Specialty and memorandum of points and authorities in opposition of Lee Investments LLC ("Lee"), and after oral argument, the Court ruled as follows:

The Court denied Motion in Limine No. 16 of USF&G and American Specialty because the Court cannot render judgment as a matter of law on the complaint for reasons previously stated in earlier hearings.

DATED: January 30, 2007

_____
Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE