1  Daniel O. Jamison    #76880
   Keith M. White       #188536
2  **DOWLING, AARON & KEELER, INC.**
   8080 N. Palm Avenue, Third Floor
3  Fresno, California 93711
   Tel: (559) 432-4500
4  Fax: (559) 432-4590

FILED
FEB 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

5  Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff LEE INVESTMENTS LLC
   and Defendants, Counter and Cross-Claimants RICHARD K. EHRLICH, REXFORD
6  DEVELOPMENT CORPORATION and REXFORD PROPERTIES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>    Plaintiff,<br>v.<br>LEE INVESTMENTS LLC d.b.a. THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>    Defendants. | Case No. 99 5583 OWW SMS<br><br>STIPULATION RE HANDLING OF CLAIMS FOR ATTORNEY FEES AND LITIGATION EXPENSES |
| LEE INVESTMENTS LLC,<br><br>    Counter-claimant,<br>v.<br>AMERICAN SPECIALTY INSURANCE SERVICES, INC., AMERICAN SPECIALTY RISK MANAGEMENT SERVICES, LLC, UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Counter-defendants. | |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | |

26  ///
27  ///
28  ///

STIPULATION RE HANDLING OF CLAIMS FOR ATTORNEY FEES AND LITIGATION EXPENSES

1  The parties hereto, by and through the undersigned, hereby stipulate and agree
2  that each party's respective claims for attorney fees and litigation expenses will be addressed as
3  follows:

4  1. USF&G may put on evidence in the pending phase of the trial of USF&G's
5  attorney fees and expenses alleged to have been incurred in defending Lee in the related
6  Workers' Compensation Appeals Board ("WCAB") proceeding. It is stipulated that if restitution
7  of such fees and expenses is awarded in the pending phase of the trial, Lee may seek to recover
8  such award, including any other restitution awarded in favor of USF&G and against Lee, from
9  Aon and/or American Specialty in the next trial phase of this action in the event one or both of
10 those parties are found liable to Lee on a claim allowing for such recovery.

11 2. It is further stipulated and agreed that if restitution of USF&G's alleged
12 attorney fees and expenses is awarded in the pending phase of trial, and if Lee is otherwise
13 entitled to recover from USF&G for breach of the duty to defend, Lee may seek to recover back
14 from USF&G the attorney fees and litigation expenses in the trial phase of this action that will
15 address breach of the duty to defend.

16 3. It is further stipulated and agreed that in the pending phase of the trial, the
17 jury will address only the respective liabilities, if any, of Lee to USF&G, of the other parties to
18 the pending phase to Lee, and of Lee to Aon, including the basis, if any, for punitive damages
19 sought by Lee, and will not address any party's damages in the pending phase except that if
20 rescission of the subject USF&G insurance contract is awarded, the jury shall address the amount
21 of USF&G's restitution, if any, unless such amount is to be determined by the Court.

22 4. If a party is found liable to Lee on any of Lee's affirmative claims and/or Lee
23 is found liable to Aon on any of Aon's affirmative claims, there shall be a further phase of the
24 pending trial in which the Court (not the jury) shall address the amount of damages to be
25 awarded to Lee or Aon as applicable, including punitive damages for Lee, if applicable.

26 5. This Stipulation governs procedure based on prior rulings of the court. Each
27 party reserves and does not waive any objection previously made to prior rulings of the court.
28 ///

Dowling, Aaron & Keeler
INCORPORATED
8080 N. Palm Avenue
Third Floor
Fresno, California 93711

2
STIPULATION RE HANDLING OF CLAIMS FOR ATTORNEY FEES AND LITIGATION EXPENSES

1 | Dated: February 15, 2007 DOWLING, AARON & KEELER
2
3 | By: /s/ Daniel O. Jamison
  | DANIEL O. JAMISON
4 | KEITH M. WHITE
  | Attorneys for Defendant, Counterclaimant
5 | and Third-Party Plaintiff LEE
  | INVESTMENTS LLC and Defendants,
6 | Counter and Cross-Claimants RICHARD K.
  | EHRLICH, REXFORD DEVELOPMENT
7 | CORPORATION and REXFORD
  | PROPERTIES LLC
8
9
10 | Dated: February 16, 2007 CHARLSTON, REVICH & CHAMBERLAIN LLP
11
12 | By: /s/ Bruce T. Smyth
13 | BRUCE T. SMYTH
  | Attorneys for Plaintiffs and
14 | Counterdefendants UNITED STATES
  | FIDELITY & GUARANTY COMPANY and
15 | AMERICAN SPECIALTY INSURANCE
  | SERVICES, INC.
16
17
18 | Dated: February 16, 2007 DLA PIPER RUDNICK LLP
19
20 | By: /s/ Matt Covington
  | MATT COVINGTON
21 | Attorneys for AON
22
23 | Based on the above Stipulation, and GOOD CAUSE APPEARING,
24 | IT IS SO ORDERED.
25
26 | DATED: 2-16-07         /s/ Oliver W. Wanger
27 | United States District Court Judge
28 | F:\wpd\90\9360\02\30202326.DOJ.doc

3
STIPULATION RE HANDLING OF CLAIMS FOR ATTORNEY FEES AND LITIGATION EXPENSES