UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>    Plaintiff,<br><br> v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California Limited Liability Company, RICHARD K. EHRLICH, an individual, REXFORD PROPERTIES, LLC, a California Limited Liability Company, REXFORD DEVELOPMENT CORPORATION, a California corporation, and DIANA CONLEY, an individual,<br><br>    Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS.<br>_____ | 1:99-cv-5583 OWW SMS<br><br>PARTIAL JUDGMENT ON JURY'S VERDICTS UPON MULTIPLE CLAIMS INVOLVING MULTIPLE PARTIES (FED.R.CIV.P. 55(b)) |

  This case was tried before a jury commencing January 29, 2007, and concluded upon the return, by the jury, of its verdicts on February 26, 2007.  The case involves more than one claim for relief, including counter-claims and third-party claims and involved multiple parties.  The parties have reserved, by written stipulation and order: USF&G's alter ego claims against Richard K. Ehrlich, an individual, et al., the determination of the

1

amount of any attorneys' fees and interest claimed by USF&G; and the claim of Aon Risk Services Inc. of Central California Insurance Services ("Aon") for relief based on the tort of another.  All other claims of the parties were adjudicated by the jury, including USF&G's claim for rescission based on fraud; all claims of Lee Investments LLC, dba The Island, a California limited liability company.  Any claims as to Diana Conley have been determined by the parties' stipulation.

Due to the prior delay in, complexity and contentiousness of this litigation, to avoid uncertainty and inconsistent verdicts, there is no just reason for delay and partial judgment should now therefore be entered.

Based on the jury's written verdicts returned in open court February 26, 2007, the following verdicts were rendered:

A.  The jury's verdicts finding in favor of USF&G on its claim for rescission finding fraud and intentional concealment; finding against Lee on all Lee's defenses of statutory waiver, common law waiver, estoppel, unreasonable delay, wrongful conduct, and awarding USF&G restitution damages in the amount of $875,034.99.

B.  On Lee's claims against USF&G, American Specialty and Aon, finding in favor of USF&G, American Specialty, and Aon and against Lee on all Lee's claims for fraud/intentional misrepresentation; concealment; conspiracy; negligent misrepresentation; and negligence.  Finding against Lee and in favor of Aon on Lee's claim for breach of an oral contract against Aon.  Finding in favor of USF&G, American Specialty and Aon and against Lee on all their defenses to Lee's claims based

on fraud of Lee; negligent misrepresentation by Lee; estoppel against Lee; wrongful conduct by Lee; common law waiver against Lee; as to Aon against Lee due to Lee's intentional tort as superseding cause; as to Aon, no unreasonable delay by Lee; and in favor of Aon and against Lee on Aon's defense of assumption of risk.

    C.  On all Aon's claims against Lee, finding in favor of Aon and against Lee on Aon's claims for intentional misrepresentation, negligent misrepresentation and that Lee was 100% comparatively at fault; in favor of Aon's claim of negligence against Lee; that Aon was not negligent.  Finding in favor of Aon and against Lee on all Lee's affirmative defenses to Aon's claims, including fraud, negligent misrepresentation, estoppel, no wrongful conduct by Aon; no common law waiver by Aon, no unreasonable delay by Aon.

    Accordingly, on each of these claims and defenses, JUDGMENT IS ENTERED AS FOLLOWS:

    1.  In favor of USF&G and against Lee for rescission and USF&G shall recover from Lee restitutionary damages of $875,034.99;

    2.  Against Lee on all Lee's defenses to USF&G's claims for rescission;

    3.  Against Lee on all its claims and in favor of USF&G, American Specialty and Aon against Lee and in favor of USF&G, American Specialty and Aon on all their affirmative defenses to Lee's claims;

    4.  In favor of Aon on all its claims and against Lee; and against Lee in favor of Aon on all on Lee's affirmative defenses

to Aon's claims; and

    5.   USF&G, American Specialty and Aon shall recover their costs of suit.

SO ORDERED.

DATED:  February 28, 2007.

                                               /s/ Oliver W. Wanger
                                      _____
                                              Oliver W. Wanger
                                        **UNITED STATES DISTRICT JUDGE**