| | |
|---|---|
| 1<br>2<br>3<br>4 | Daniel O. Jamison    #76880<br>Keith M. White       #188536<br>**DOWLING, AARON & KEELER, INC.**<br>8080 N. Palm Avenue, Third Floor<br>Fresno, California 93711<br>Tel: (559) 432-4500<br>Fax: (559) 432-4590 |

**FILED**

FEB 2 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff LEE INVESTMENTS LLC and Defendants, Counter and Cross-Claimants RICHARD K. EHRLICH, REXFORD DEVELOPMENT CORPORATION and REXFORD PROPERTIES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>           Plaintiff,<br>v.<br>LEE INVESTMENTS LLC d.b.a. THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br>           Defendants,<br>LEE INVESTMENTS LLC,<br>           Counter-claimant,<br>v.<br>AMERICAN SPECIALTY INSURANCE SERVICES, INC., AMERICAN SPECIALTY RISK MANAGEMENT SERVICES, LLC, UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>           Counter-defendants.<br>AND RELATED THIRD-PARTY COMPLAINTS. | Case No. 99 5583 OWW SMS<br><br>**STIPULATION AND ORDER REGARDING ISSUES TO BE DETERMINED BY THE COURT**<br><br><br>Honorable Judge: Oliver W. Wanger |

///

///

STIPULATION REGARDING ISSUES
TO BE DECIDED BY THE COURT

1    The parties hereto, by and through the undersigned, hereby stipulate and agree
2 that the Court, acting without a jury, will hear and decide the following issues:
3    1.    Whether any of Aon's claims against Lee are barred by applicable statutes
4 of limitations;
5    2.    Whether any party is entitled to, and the extent of the reduction in
6 damages, if any, arising from the affirmative defense of failure to mitigate;
7    3.    Whether USF&G is entitled to restitution of any amount in light of Aon
8 and Lee's contention that USF&G did not actually incur the costs or expenses associated with
9 Ms. Conley's injury (i.e. whether USF&G is the real party in interest);
10    4.    The amount, if any, of restitution that USF&G is entitled to recover from
11 Lee for fees, costs and expenses paid allegedly to defend Lee in the Worker's Compensation
12 proceeding (and whether USF&G is the real party in interest in relation to this restitution);
13    5.    The amount, if any, of punitive damages to which Lee is entitled if the
14 jury makes the necessary factual determinations.
15    6.    If applicable, the amount of damages, if any, Lee suffered and is entitled
16 to recover against any liable party under their fraud, negligent misrepresentation, and negligence
17 claims, ~~including attorneys' fees, if any, recoverable under the "tort of another" doctrine.~~
18    7.    If applicable, the amount of damages, if any, Aon suffered and is entitled
19 to recover against Lee under their fraud, negligent misrepresentation, and negligence claims,
20 ~~including attorneys' fees, if any, recoverable under the "tort of another" doctrine~~.
21    8.    If applicable, the amount of damages Lee suffered and is entitled to
22 recover from Aon for breach of oral contract.
23    The parties understand and agree to waive their Seventh Amendment right to a
24 jury trial as to these issues.
25 ///
26 ///
27 ///
28

DOWLING, AARON
& KEELER
INCORPORATED

| | |
|---|---|
| Dated: February 26, 2007 | CHARLSTON, REVICH & CHAMBERLIN LLP<br>JEFFREY A. CHARLSTON<br>BRUCE T. SMYTH<br>THOMAS S. FLYNN<br><br>By: /s/ Bruce T. Smyth<br>Bruce T. Smyth<br>Attorneys for Plaintiff and Counterdefendant<br>UNITED STATES FIDELITY & GUARANTY<br>COMPANY and Counterdefendant AMERICAN<br>SPECIALTY INSURANCE SERVICES, INC. |
| Dated: February 26, 2007 | DLA PIPER RUDNICK GRAY CARY US LLP<br><br>By: /s/ Matthew S. Covington<br>Matthew S. Covington<br>Attorneys for Counterdefendant and Third-Party<br>Defendant AON RISK SERVICES, INC. OF<br>CENTRAL CALIFORNIA INSURANCE<br>SERVICES |
| Dated: February 26, 2007 | DOWLING, AARON & KEELER<br>DANIEL O. JAMISON, ESQ.<br>KEITH M. WHITE, ESQ.<br><br>By: /s/ Daniel O. Jamison<br>Daniel O. Jamison<br>Attorneys for Defendants, LEE<br>INVESTMENTS LLC, and defendants, Counter<br>and Cross-Claimants RICHARD K. EHRLICH,<br>REXFORD DEVELOPMENT<br>CORPORATION, and REXFORD<br>PROPERTIES LLC |

Based on the above Stipulation, and GOOD CAUSE APPEARING,

IT IS SO ORDERED.

DATED: 2-16-07

United States District Court Judge

F:\WPD\90\9360\02\642o1481.kmw.doc