```
 1  JEFFREY A. CHARLSTON (State Bar No. 65427)
    BRUCE T. SMYTH (State Bar No. 089171)
 2  CHARLSTON, REVICH & CHAMBERLIN LLP
    1925 Century Park East, Suite 1250
 3  Los Angeles, California  90067
    Telephone: (310) 551-7000
 4  Facsimile:  (310) 203-9321

 5  Attorneys for Plaintiff and Counter Defendant
    United States Fidelity & Guaranty
 6  Company and Counter Defendant American
    Specialty Insurance Services, Inc.
 7
```

8                       UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES FIDELITY & ) <br> GUARANTY COMPANY, a Maryland ) <br> 12  corporation, ) <br> ) <br> 13             Plaintiff, ) <br> ) <br> 14       v. ) <br> ) <br> 15  LEE INVESTMENTS LLC dba THE ) <br> ISLAND, a California Limited Liability ) <br> 16  Company, RICHARD K. EHRLICH, an ) <br> individual, REXFORD PROPERTIES, ) <br> 17  LLC, a California Limited Liability ) <br> Company, REXFORD DEVELOPMENT ) <br> 18  CORPORATION, a California ) <br> corporation, and DIANA CONLEY, an ) <br> 19  individual, ) <br> ) <br> 20             Defendants. ) <br> ) <br> 21  _____) <br> ) <br> 22  AND RELATED COUNTERCLAIMS ) <br> _____) | Case No. CIV F-99 5583 OWW-SMS <br><br> STIPULATION CONTINUING FURTHER PROCEEDINGS FROM THURSDAY, MARCH 22, 2007 TO WEDNESDAY, APRIL 4, 2007; AND ORDER THEREON |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between the parties |
| 2 | to the above captioned action, acting through their respective counsel of record, that the |
| 3 | further proceedings in this matter presently scheduled for Thursday, March 22, 2007, at |
| 4 | 12:30 p.m., be continued to Wednesday, April 4, 2007, at 12:30 p.m., in Courtroom No. 3 |
| 5 | of the above entitled Court. |
| 6 | |
| 7 | DATED:  March 7, 2007              CHARLSTON, REVICH & CHAMBERLIN LLP |
|   |                                    JEFFREY A. CHARLSTON |
| 8 |                                    BRUCE T. SMYTH |
| 9 | |
| 10 | |
| 11 |                        By _____/S/ Jeffrey A. Charlston_____ |
|    |                               Jeffrey A. Charlston |
| 12 |                        Attorneys for Plaintiff and Third Party Plaintiff |
|    |                        and Counter Defendant United States Fidelity |
| 13 |                        & Guaranty Company, and Counter Defendant |
|    |                        American Specialty Insurance Services, Inc. |
| 14 | |
| 15 | DATED: March __, 2007              DOWLING, AARON & KEELER |
|    |                                    DANIEL O. JAMISON |
| 16 |                                    KEITH M. WHITE |
| 17 | |
| 18 |                        By _____/S/ Daniel O. Jamison_____ |
|    |                               Daniel O. Jamison |
| 19 |                        Attorneys for Defendant, Counter Claimant and |
|    |                        Third-Party Plaintiff Lee Investments LLC, and |
| 20 |                        Defendants, Counter and Cross-Claimants |
|    |                        Richard K. Ehrlich, Rexford Development |
| 21 |                        Corporation and Rexford Properties LLC |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | |

```
 1  DATED: March __, 2007              DLA PIPER RUDNICK LLP
                                       MARGARET PARKER
 2                                     MATTHEW COVINGTON
 3
 4                                     By    /S/ Matthew Covington
                                                Matthew Covington
 5                                     Attorneys for Counter Claimant, Counter
                                       Defendant and Third Party Defendant Aon
 6                                     Risk Services Inc. of Central California
 7
 8                                     ORDER
 9       Based on the foregoing Stipulation, and good cause appearing therefor,
10
11       IT IS ORDERED that the further proceedings in this matter, presently
12  scheduled for Thursday, March 22, 2007, at 12:30 p.m. be, and hereby are, continued to
13  Wednesday, April 4, 2007, at 12:30 p.m. in Courtroom 3.
14
15
16  IT IS SO ORDERED.
17  **Dated:    March 7, 2007**                /s/ Oliver W. Wanger
    emm0d6                                 UNITED STATES DISTRICT JUDGE
```