JEFFREY A. CHARLSTON (State Bar No. 65427)
BRUCE T. SMYTH (State Bar No. 089171)
CHARLSTON, REVICH & CHAMBERLIN LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Telephone: (310) 551-7000
Facsimile: (310) 203-9321

Attorneys for Plaintiff and Counterdefendant
United States Fidelity & Guaranty
Company and Counterclaimant and Counterdefendant
American Specialty Insurance Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California Limited Liability Company, RICHARD K. EHRLICH, an individual, REXFORD PROPERTIES, LLC, a California Limited Liability Company, REXFORD DEVELOPMENT CORPORATION, a California corporation, and DIANA CONLEY, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CIV F-99 5583 OWW-SMS<br><br>STIPULATION CONTINUING HEARINGS ON LEE INVESTMENTS LLC'S MOTIONS (1) FOR NEW TRIAL, (2) FOR JUDGMENT PURSUANT TO FRCP RULE 50(b), (3) TO VACATE PARTIAL JUDGMENT ON JURY'S VERDICT UPON MULTIPLE CLAIMS INVOLVING MULTIPLE PARTIES PURSUANT TO FRCP RULES 59(e) AND 60 (a)(b) OR, IN THE ALTERNATIVE, TO ALTER OR AMEND THAT PARTIAL JUDGMENT; BRIEFING SCHEDULE THEREON; AND ORDER THEREON<br><br>Current Hearing Date: April 9, 2007<br>New Hearing Date: April 30, 2007<br>Time: 10:00 a.m.<br>Judge: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above captioned action, acting through their respective counsel of record, that

1. The hearings on the motions of defendant, counterclaimant and third party plaintiff Lee Investments LLC (1) for new trial, (2) for judgment pursuant to FRCP Rule 50(b), and (3) to vacate partial judgment on jury's verdict upon multiple claims involving multiple parties pursuant to FRCP Rules 59(e) and 60(a)(b), or in the alternative, to alter or amend that partial judgment, all presently scheduled for hearing on Monday, April 9, 2007, at 10:00 a.m., shall be continued to Monday, April 30, 2007, at 10:00 a.m., in Courtroom No. 3 of the above entitled Court;

2. Oppositions to such motions are due by electronic filing with the Court on or before April 2, 2007;

3. Replies to such Oppositions are due by electronic filing with the Court on or before April 13, 2007.

DATED: March 15, 2007         CHARLSTON, REVICH & CHAMBERLIN LLP
                              JEFFREY A. CHARLSTON
                              BRUCE T. SMYTH


                              By      /s/ Bruce T. Smyth
                                      Bruce T. Smyth
                              Attorneys for Plaintiff and Third Party Plaintiff
                              and Counter Defendant United States Fidelity
                              & Guaranty Company, and Counter Defendant
                              American Specialty Insurance Services, Inc.

| | |
|---|---|
| DATED: March 15, 2007 | DOWLING, AARON & KEELER<br>DANIEL O. JAMISON<br>KEITH M. WHITE |
| | By   /s/ Daniel O. Jamison<br>          Daniel O. Jamison<br>Attorneys for Defendant, Counter Claimant and Third-Party Plaintiff Lee Investments LLC, and Defendants, Counter and Cross-Claimants Richard K. Ehrlich, Rexford Development Corporation and Rexford Properties LLC |
| DATED: March 15, 2007 | DLA PIPER LLP<br>MARGARET PARKER<br>MATTHEW COVINGTON<br>GEORGE GIGOUNAS |
| | By   /s/ George Gigounas<br>          George Gigounas<br>Attorneys for Counter Claimant, Counter Defendant and Third Party Defendant Aon Risk Services Inc. of Central California |

ORDER

Based on the foregoing Stipulation, and good cause appearing therefor, NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

**Dated:   March 20, 2007**           /s/ **Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE