

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE INVESTMENTS, LLC dba THE ISLAND, | ) ) ) | 1:99-cv-5583 OWW |
| Plaintiff, | ) ) ) | ORDER ON REQUEST OF PARTIES FOR TEMPORARY STAY OF APPEAL PENDING ENTRY OF |
| v. | ) ) | FINAL JUDGMENT OF DISTRICT COURT |
| UNITED STATES FIDELITY & GUARANTY COMPANY, AMERICAN SPECIALTY INSURANCE SERVICES, INC., and AON RISK SERVICES, INC., OF CENTRAL CALIFORNIA INSURANCE SERVICES, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CROSS-ACTIONS. | ) ) ) | |

The District Court entered a Partial Judgment on Jury's Verdicts upon Multiple Claims, etc., in this case on March 1, 2007 (Doc. No. 681). On March 30, 2007, Lee filed a Notice of Appeal (Doc. No. 728). A copy of the parties' Stipulation to support the recommendation to the District Court for a temporary stay of appeal is attached hereto marked Exhibit "A" and by this reference incorporated.

A bench trial to determine additional issues and damages to

2

1 complete trial of the action was scheduled for April 4, 2007.
2 That trial was held April 4 through April 7, 2007, and the
3 parties are submitting supplemental authorities and the matter
4 will be finally submitted for decision as of April 30, 2007.

5     Lee has finally timely filed and served three post-trial
6 motions in the District Court: 1) a Motion to Vacate or, in the
7 Alternative, to Alter, Amend the Judgment; 2) a Motion for
8 Judgment as a Matter of Law; and 3) a Motion for New Trial,
9 following the entry of the Partial Judgment on Jury Verdicts.
10 These Motions are scheduled to be heard April 30, 2007.

11     The parties have stipulated and the Court believes that it
12 would be most prudent and would conserve the time, resources and
13 serve judicial economy, for a partial stay of the appeal to be
14 entered pending entry of final judgment following the jury and
15 bench trial on the first and second phase issues.

16     Respectful request is made that the Court of Appeal enter an
17 interim stay of the appeal in this case of the Jury Verdicts and
18 Partial Judgment pending entry of the Judgment on the issues
19 tried to the Court without a jury.

20     The Clerk of Court is directed to forward a copy of this
21 Request and the parties' Stipulation to the Court of Appeals.

22
23 SO ORDERED.
24 DATED:  April 17, 2007.
25
26                                             /s/ Oliver W. Wanger
27                                            Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE
28 usf&g request for stay of appeal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "A"

Margaret L. Parker (Bar No. 129897)
Matthew S. Covington (Bar No. 154429)
Steve Chiari (Bar No. 221410)
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Appellee
AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEE INVESTMENTS, LLC dba THE ISLAND,<br><br>Appellant,<br><br>UNITED STATES FIDELITY & GUARANTY COMPANY, AMERICAN SPECIALTY INSURANCE SERVICES, INC., and AON RISK SERVICES, INC., OF CENTRAL CALIFORNIA INSURANCE SERVICES,<br><br>Appellees. | Docket No. 07-_____<br><br>D.C. Case No. 1:99-CV-5583 OWW<br><br>(E.D. Cal., Fresno)<br><br>STIPULATION OF PARTIES AND RECOMMENDATION OF DISTRICT COURT REGARDING TEMPORARY STAY OF APPEAL PENDING FURTHER JUDGMENT OF DISTRICT COURT |

Appellant Lee Investments, LLC ("Lee"), and appellees United States Fidelity & Guaranty Company ("USF&G"), American Specialty Insurance Services, Inc. ("American Specialty"), and Aon Risk Services, Inc. of Central California Insurance Services ("Aon") hereby stipulate with reference to the following facts:

1. The District Court in this matter entered a Partial Judgment on Jury's Verdicts Upon Multiple Claims, Etc. ("Partial Judgment") in this matter as of March 1, 2007 (District Court Docket No. 681). Thereafter, on March 30, 2007, Lee filed a Notice of Appeal (as District Court Docket No. 728);

2. The District Court previously indicated its intention that the Partial Judgment not be appealed from immediately since the District Court would be holding a further phase of the trial (as a court trial) starting on April 4, 2007.

3. At the conclusion of the jury trial phase of this action, and prior to the District Court signing and filing the Partial Judgment, USF&G and Aon stipulated that they would await entry of judgment by the District Court concerning the court trial phase of this dispute (described below), prior to seeking to execute on any judgment in this matter.

4. On April 4, 5 and 6, 2007 the District Court held a further court trial on various issues including whether USF&G paid the amounts for which it seeks restitution and is the real party in interest, and whether Aon should recover any "tort of another" damages on its counterclaim against Lee and the amount, and whether any party should receive prejudgment interest and the amount. The District Court will be preparing findings of fact and conclusions of law concerning the court trial phase of this matter and anticipates that it will enter a final judgment concerning the disputes that have been tried to the jury and the Court.

5. Lee also has timely filed and served three post-trial motions in the District Court: a motion to vacate or in the alternative to alter or amend the judgment, a motion for judgment as a matter of law, and a motion for a new trial. These motions are scheduled to be heard by the District Court on April 30, 2007. FRAP 4(a)(4(B)(i) provides that where, as here, a notice of appeal was filed before the District Court's ruling on certain post-trial motions, the notice of appeal becomes "effective" to appeal the judgment when the District Court has entered an order disposing of the last remaining such post trial motion.

NOW THEREFORE, consistent with FRAP 4(a)(4)(B)(i) and to avoid any ambiguity concerning whether Lee's appeal has triggered any procedural deadlines:

1. The parties agree that because Lee's notice of appeal was filed before the District Court's ruling on Lee's post-trial motions, and because the District Court intends to enter a further final order as to the court trial phase of the trial, all deadlines and activities in this Court (Court of Appeals) will be stayed. The stay shall be automatically lifted when the last of the following events occur: 1) the District Court enters an order disposing of the last of any post trial motions brought by any party which are described in FRAP 4(a)(4)(A), including Lee's post-trial motions currently on file and any future motions described in FRAP 4(a)(4)(A) relating to the forthcoming judgment on the issues tried on April 4-6, 2007, 2) the District Court enters a judgment disposing of the issues tried to the District Court on April 4-6, 2007.

2. The parties anticipate that one or more of them may file a notice, or notices, of appeal after the District Court enters a judgment disposing of the issues tried to the District Court on April 4-6, 2007. This Stipulation does not affect the right, if any, of any and all parties to file a future notice of appeal, amended notice of appeal, and/or other notice or pleading allowed in the FRAP and/or this Court's Circuit Rules. The parties anticipate that should additional notices of appeal be filed, it likely would be in the interests of judicial economy and in the interests of the parties for this Court to consolidate all such appeals.

Dated: April __, 2007

DOWLING AARON & KEELER, INC.

By: _____
DANIEL O. JAMISON
Attorneys for Appellant
LEE INVESTMENTS, LLC

-3-
SANFI\368733.2    STIPULATION AND RECOMMENDATION OF DISTRICT COURT
REGARDING TEMPORARY STAY OF APPEAL

DLA PIPER US LLP
SAN FRANCISCO

Dated: April 13, 2007          CHARLSTON, REVICH & CHAMBERLIN LLP

By: /s/ Jeffrey Charlston
JEFFREY CHARLSTON, ESQ.
Attorneys for Appellees
UNITED STATES FIDELITY &
GUARANTY COMPANY, and AMERICAN
SPECIALTY INSURANCE SERVICES,
INC.

Dated: April 16, 2007

DLA PIPER US LLP

By: /s/ for Matt Covington
MATTHEW S. COVINGTON
Attorneys for Appellee
AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

The District Court has reviewed the stipulation of the parties. The District Court agrees that a temporary stay of deadlines and activities in the Court of Appeals would help to avoid unnecessary expense and inconvenience to the parties and the District Court. The District Court therefore respectfully recommends that the Court of Appeals act on the Stipulation by ordering a temporary stay of deadlines and activities as set forth above, or otherwise in its discretion.

Dated April ___, 2007          _____

OLIVER W. WANGER

UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA,
FRESNO

-4-
SANFI\368733.2          STIPULATION AND RECOMMENDATION OF DISTRICT COURT
REGARDING TEMPORARY STAY OF APPEAL

DLA PIPER US LLP
SAN FRANCISCO