Margaret L. Parker (Bar No. 129897)
Matthew S. Covington (Bar No. 154429)
Stephen A. Chiari (Bar No. 221410)
**DLA PIPER US LLP**
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Third-Party Defendant
AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEE INVESTMENTS, LLC dba THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | CASE NO. CIF F 99-5583 OWW (SMS)<br><br>**STIPULATION FOR DISMISSAL OF COUNTERCLAIMS AND THIRD PARTY COMPLAINT OF USF&G, AMERICAN SPECIALTY INSURANCE SERVICES, INC. AND AMERICAN SPECIALTY RISK MANAGEMENT, LLC. AGAINST AON, AND DISMISSAL OF AON'S COUNTERCLAIMS AGAINST USF&G AND AMERICAN SPECIALTY INSURANCE SERVICES, INC.** |

　　Third-Party Plaintiffs United States Fidelity & Guaranty Company ("USF&G") American Specialty Insurance Services, Inc. ("American Specialty") and American Specialty Risk Management LLC ("ASRM"), counterclaimants USF&G and American Specialty, and Counter-Claimant Aon Risk Services, Inc. of Central California Insurance Services ("Aon") hereby stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(2) and 41(c):

1. The Third-Party Complaint for comparative indemnity, total equitable indemnity and declaratory relief filed in or about May, 2001 by USF&G, American Specialty and ASRM against Aon is dismissed without prejudice.

2. All of the counter-claims asserted against Aon in USF&G and American Specialty's Answer and Counter-Claims, dated October 17, 2006, including the counter-claims for comparative indemnity, total equitable indemnity and declaratory relief, are dismissed without prejudice.

3. All of the counter-claims asserted against USF&G and American Specialty in Aon's Amended Answer and Counter-Claims dated September 6, 2006, including those for comparative equitable and indemnity, contribution, total equitable indemnity and declaratory relief are dismissed without prejudice.

4. USF&G, American Specialty, ASRM and Aon shall bear their own attorneys' fees and costs with respect to the Third Party Complaint and counter-claims dismissed above.

Dated: November 14, 2007         DLA PIPER US LLP

By    /s/
MATTHEW S. COVINGTON
Attorneys for
AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

Dated: November 14, 2007         CHARLSTON, REVICH & CHAMBERLIN LLP

By:   /s/
JEFFREY A. CHARLSTON
Attorneys for UNITED STATES FIDELITY &
GUARANTY COMPANY, AMERICAN
SPECIALTY INSURANCE SERVICES, INC.
and AMERICAN SPECIALTY RISK
MANAGEMENT, LLC

-2-IT IS SO ORDERED.

**Dated:**   **November 19, 2007**                           /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE