Jeffrey A. Charlston (State Bar No. 065427)
Bruce T. Smyth (State Bar No. 089171)
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Telephone: (310) 551-7000
Facsimile: (310) 203-9321

Attorneys for Plaintiff and Counterdefendant
United States Fidelity & Guaranty
Company and Counterdefendant American
Specialty Insurance Services, Inc.

Margaret L. Parker (Bar No. 129897)
Matthew S. Covington (Bar No. 154429)
Stephen A. Chiari (Bar No. 221410)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Telephone: (415) 836-2500
Facsimile:   (415) 836- 2501

Attorneys for Third-Party Defendant
Aon Risk Services, Inc. of Central
California Insurance Services

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>    Plaintiff,<br><br> v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, et al.,<br><br>    Defendants.<br><br>AND RELATED THIRD PARTY COMPLAINTS AND COUNTERCLAIMS | CASE NO. CIV F-99 5583 OWW-SMS<br><br>ORDER DENYING MOTION OF LEE INVESTMENTS LLC FOR NEW TRIAL (Document 706) |

The Court having considered the motion of Lee Investments LLC (hereinafter "Lee") for a new trial based upon (a) alleged errors in jury instructions; (b) the verdict allegedly being against the clear weight of evidence; (c) allegedly prejudicial statements made by opposing counsel; and (d) alleged clear error, abuse of discretion and miscarriage of justice as a result of the Court's refusal to admit certain deposition testimony of witness Christy Platt; and

The Court having considered the arguments and authorities of Lee in support of said motion, and the arguments and authorities of United States Fidelity & Guaranty Company (hereinafter "USF&G") and Aon Risk Services, Inc. of Central California Insurance Services (hereinafter "Aon") in opposition to said motion; and

The Court having filed on March 18, 2008, it's Memorandum Decision Denying Lee Investments LLC's Motion For New Trial (Doc. 706) (hereinafter "Memorandum Decision") which sets forth the rulings of the Court on said motion in detail, the substance and content of which Memorandum Decision are incorporated herein by this reference,

IT IS ORDERED:

1. Lee's motion based on alleged errors regarding, and failure to give, jury instructions is DENIED in its entirety, including, without limitation, alleged errors in connection with the following:

    a. Not including the element of an application for insurance in Jury Instructions Nos. 19 and 20;

    b. The Court declining to charge the jury with Lee's Proposed Jury Instruction No. 17 regarding an insurance company's agent holding itself out as having special expertise;

     c. Limiting Jury Instruction No. 30 for breach of oral contract as to Aon, and not including USF&G within such instruction;

     d. Alleged errors regarding Jury Instruction No. 43 requiring the jury to consider only expert testimony in deciding whether the standard of care for insurance brokers and managing general agents had been met;

     e. Declining to charge the jury with Lee's Proposed Jury Instruction No. 11 entitled "Limited Purpose of August Letters;"

     2. Lee's motion based on the ground that the verdict is allegedly against the clear weight of evidence, including, without limitation, the sub-arguments that USF&G is bound by an alleged admission regarding Ms. Conley and regarding allegedly unopposed expert testimony concerning Ms. Conley's activities, is DENIED;

     3.  Lee's motion based on the ground that counsel for all opposing parties made statements in the course of the trial that were prejudicial and inappropriately influenced the jury, including statements about Ms. Ehrlich that allegedly were inaccurate or misleading, and statements that allegedly violated orders on motions in limine, is DENIED; and

     8.  Lee's motion based on the court sustaining objections to certain deposition testimony of witness Christy Platt that was proffered by Lee, and in refusing to admit certain portions of her deposition testimony, is DENIED.

Dated:  November 10, 2008

                                          /s/ Oliver W. Wanger
                                          Oliver W. Wanger
                                      United States District Judge