MARGARET L. PARKER (Bar No. 129897)
MATTHEW S. COVINGTON (Bar No. 154429)
STEPHEN CHIARI (Bar No. 221410)
**DLA PIPER LLP (US)**
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Tel:  415.836.2500
Fax:  415.836.2501

Attorneys for Third-Party Defendant

AON RISK SERVICES, INC. OF CENTRAL
CALIFORNIA INSURANCE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>LEE INVESTMENTS, LLC dba THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>        Defendants.<br><hr>AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS | CASE NO.  1:99-CV-5583 OWW SMS<br><br>**ORDER GRANTING AON'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE SUMMARY JUDGMENT, ON  CLAIMS OF RICHARD K. EHRLICH, REXFORD DEVELOPMENT CORPORATION AND REXFORD PROPERTIES LLC** |

        The motion of Aon Risk Services Inc. of Central California Insurance Services ("Aon") for judgment on the pleadings, o1r in the alternative summary judgment, as to all of the claims asserted against Aon in this action by Richard K. Ehrlich, Rexford Development Corporation and Rexford Properties LLC (hereafter "Ehrlich/Rexford Parties") (Doc No. 834) was heard on December 1, 2008 at 10 a.m. in the above-referenced Court.

        The Court has considered all of the arguments and authorities of Aon in support of said motion and the arguments and authorities of the Ehrlich/Rexford Parties and Lee in opposition to said motion.

The Court filed on December 8, 2008, its "Memorandum Decision Granting Aon Risk Services, Inc. of Central California Insurance Services' Motion for Judgment on the Pleadings or Summary Judgment as to Cross-Claims Asserted by Richard K. Ehrlich, Rexford Development Corporation and Rexford Properties LLC" (Doc. 868) (hereinafter "Memorandum  Decision"), which set forth the decision of the Court on said motion in detail, the substance and content of which Memorandum of Decision are incorporated herein by this reference.

In consideration of the foregoing, IT IS ORDERED as follows:

1.   Aon's motion for judgment on the pleadings as to all of the claims asserted against Aon by the Ehrlich/Rexford Parties, including the claims asserted in the Ehrlich/Rexford Parties' Counterclaim and Cross-Claim For Negligence; Fraud, Etc., are GRANTED;  and

2.   Aon's motion for summary judgment as to all of the claims asserted against Aon by the Ehrlich/Rexford Parties, including the claims asserted in the Ehrlich/Rexford Parties' Counterclaim and Cross-Claim For Negligence; Fraud, Etc., are GRANTED.

IT IS SO ORDERED.


Dated: December 18, 2008          /s/ OLIVER W. WANGER
                                  JUDGE OF THE UNITED STATES DISTRICT
                                  COURT