Jeffrey A. Charlston (State Bar No. 65427)
Bruce T. Smyth ( State Bar No. 089171)
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Tel.: (310) 551-7000
Fax .: (310) 203-9321
E-mail:  BSmyth@crwllp.com

Attorneys for Plaintiff and Counterdefendant
UNITED STATES FIDELITY & GUARANTY COMPANY
and Counterdefendant AMERICAN SPECIALTY INSURANCE
SERVICES, INC. AMERICAN SPECIALTY RISK MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>             Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM AND THIRD PARTY COMPLAINT<br>_____ | Case No.  CIV F 99-5583 OWW (SMS)<br><br>**ORDER GRANTING PLAINTIFF AND COUNTERDEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON REMAINING CLAIMS OF LEE INVESTMENTS LLC IN SECOND AMENDED COUNTERCLAIM AND OF COUNTERCLAIM AND CROSS-CLAIM OF REXFORD PARTIES** |

The Court having considered the motions of plaintiff and counterdefendant United States Fidelity & Guaranty Company (hereinafter "USF&G") and counterdefendants American Specialty Insurance Services, Inc. and American Specialty Risk Management, LLC (hereinafter collectively "Movants") for summary judgment on the remaining claims for relief on the second amended counterclaim of Lee Investments LLC dba The Island (hereinafter "Lee"), *i.e.,* the sixth claim for declaratory relief, the eighth claim for breach of contract, and the ninth claim for breach of the

Charlston, Revich & Wollitz LLP
13180J

ORDER GRANTING PLAINTIFF/COUNTERDEFENDANT'S MSJ  ON REMAINING CLAIMS OF LEE INVESTMENTS LLC AND SECOND AMENDED COUNTERCLAIM, ETC.  OF REXFORD PARTIES

1  implied covenant of good faith and fair dealing, and on all claims for relief alleged by Rexford
2  Properties, LLC, Rexford Development Corp. and Richard K. Ehrlich (hereinafter, the "Rexford
3  Parties") on their Counterclaim and Cross-Claim; and in the alternative, dismissal of the Rexford
4  Parties' Counterclaim and Cross-Claim for failure to state a claim upon which relief may be
5  granted pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure;

7  The Court having considered the arguments and authorities of Movants in support of said
8  motions and the arguments and authorities of Lee and the Rexford Parties in opposition to said
9  motions and Lee's request for leave to conduct further discovery and amend its counterclaim
10 pursuant to Rule 15(a), Federal Rules of Civil Procedure; and

12 The Court having filed on December 3, 2008, its "Memorandum of Decision Granting
13 Plaintiff and Counterdefendant's Motion for Summary Judgment on Remaining Claims of Lee
14 Investments LLC in Second Amended Counterclaim and Counterclaim and Cross-Claim of
15 Rexford Parties (Doc. 828) (hereinafter "Memorandum of Decision"), which set forth the decision
16 of the Court on said motions in detail, the substance and content of which Memorandum of
17 Decision are incorporated herein by this reference;

19 IT IS ORDERED as follows:

21 Lee's request for leave to conduct further discovery and to amend its counterclaim is
22 DENIED; and

24 Movants' motions for summary judgment on remaining claims of Lee Investments LLC in
25 the Second Amended Counterclaim and on the claims asserted by the Rexford Parties in their
26 Counterclaims and Cross-Claim are GRANTED.

Charlston, Revich
& Wollitz LLP
13180J

2

ORDER GRANTING PLAINTIFF/COUNTERDEFENDANT'S MSJ ON REMAINING CLAIMS OF LEE INVESTMENTS
LLC AND SECOND AMENDED COUNTERCLAIM, ETC. OF REXFORD PARTIES

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: December 18, 2008    /s/ OLIVER W. WANGER |
| 4 |     JUDGE OF THE UNITED STATES DISTRICT COURT |

Charlston, Revich & Wollitz LLP
13180J

3

ORDER GRANTING PLAINTIFF/COUNTERDEFENDANT'S MSJ ON REMAINING CLAIMS OF LEE INVESTMENTS LLC AND SECOND AMENDED COUNTERCLAIM, ETC. OF REXFORD PARTIES