Jeffrey A. Charlston (State Bar No. 65427)
Bruce T. Smyth ( State Bar No. 089171)
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Tel.:  (310) 551-7000 - Fax:  (310) 203-9321
E-mail:  BSmyth@crwllp.com

Attorneys for Plaintiff and Counterdefendant UNITED
STATES FIDELITY & GUARANTY COMPANY  and
Counterdefendant AMERICAN SPECIALTY INSURANCE SERVICES, INC.

Margaret L. Parker (State Bar No. 129897)
Matthew S. Covington (State Bar No. 154429)
Stephen A. Chiari (State Bar No. 221410)
DLA Piper US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel.:  (415) 836-2500 - Fax:  (415) 836-2501

Attorneys for Third-Party Defendant AON RISK SERVICES,
INC. OF CENTRAL CALIFORNIA INSURANCE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California limited liability company, and DIANA CONLEY, an individual,<br><br>           Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM AND THIRD PARTY COMPLAINT<br>_____ | Case No.  CIV F 99-5583 OWW (SMS)<br><br>**ORDER GRANTING MOTION FOR INJUNCTION AGAINST DEFENDANT AND COUNTERCLAIMANT LEE INVESTMENTS LLC FROM PROCEEDING WITH REQUEST FOR ARBITRATION OR OTHER ADJUDICATION OF COMPLAINT FOR RESCISSION OF USF&G BEFORE THE WORKERS' COMPENSATION APPEALS BOARD** |

The Court having considered the motion of plaintiff and counterdefendant United States Fidelity & Guaranty Company (hereinafter "USF&G") and counterdefendant American Specialty

Insurance Services, Inc. (hereinafter "American Specialty") for an injunction barring defendant and counterclaimant Lee Investments LLC dba The Island (hereinafter "Lee") from pursuing arbitration or other adjudication of USF&G's complaint for rescission before the California Workers' Compensation Appeals Board, which motion is made pursuant to 28 U.S.C. §1651 and 28 U.S.C. §2283, which motion is joined in by Aon Risk Services, Inc. of Central California Insurance Services (hereinafter "Aon"); and

The Court having considered the arguments and authorities of USF&G and American Specialty in support of said motion and of Aon in joinder of such motion and the arguments and authorities of Lee in opposition to said motion; and

The Court having filed on December 2, 2008, its "Memorandum Decision Granting Motion for Injunction Against Defendant and Counterclaimant Lee Investments LLC from Proceeding with Request for Arbitration or Other Adjudication of the Complaint for Rescission of USF&G Before the Workers' Compensation Appeals Board (Doc. 826)" (hereinafter "Memorandum Decision"), which sets forth the decision of the Court on said motion in detail, the substance and content of which Memorandum Decision are incorporated herein by this reference;

IT IS ORDERED as follows:

Movants' motion for injunction against Defendant and Counterclaimant Lee Investments LLC from proceeding with its request for arbitration or other adjudication of USF&G's complaint for rescission before the Workers' Compensation Appeals Board is GRANTED.

IT IS SO ORDERED.

Dated: December 18, 2008           /s/ OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE