IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>           Plaintiff,<br><br>      vs.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, et al.,<br><br>           Defendants. | No. CV-F-99-5583 OWW/SMS<br><br>ORDER SETTING MOTION TO ALTER OR AMEND JUDGMENT (Doc. 897) AND MOTION TO AMEND AND/OR MAKE ADDITIONAL FINDINGS OF FACT AND CONCLUSIONS OF LAW (Doc. 898) FOR HEARING ON MONDAY, SEPTEMBER 28, 2009 AT 10:00 A.M. AND SETTING EXPEDITED BRIEFING SCHEDULE |

Hearing on Lee Investments LLC's motion to alter or amend judgment (Doc. 897) and its motion to amend and/or make additional findings of fact and conclusions of law (Doc. 898) shall be held on Monday, September 28, 2009 at 10:00 a.m. Opposition briefs shall be filed by Monday, September 14, 2009. Replies, if any, shall be filed by Monday, September 21, 2009.

IT IS SO ORDERED.

Dated:   August 25, 2009                        /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE

1