IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, et al.,<br><br>            Defendants. | No. CV-F-99-5583 OWW/SMS<br><br>ORDER GRANTING LEE INVESTMENTS LLC'S MOTION TO AMEND AND/OR MAKE ADDITIONAL FINDINGS OF FACT AND CONCLUSIONS OF LAW (Doc. 898) AND AMENDING FINDINGS OF FACT AND CONCLUSIONS OF LAW FILED ON AUGUST 5, 2009 (Doc. 893) *NUNC PRO TUNC* |

For the reasons stated in the Memorandum Decision filed on September 29, 2009 (Doc. 916), Lee Investments LLC's motion to amend and/or make additional findings of fact and conclusions of law to the "Findings of Fact and Conclusions of Law re Court Trial Held on April 4-6, 2007" (hereafter referred to as the Findings of Fact and Conclusions of Law; Doc. 893) is GRANTED.

The Findings of Fact and Conclusions of Law are amended *nunc pro tunc* at page 5, line 1 to insert the following:

    Amendments to the Partial Judgment on Jury's

> Verdict were made by the "Order Granting in Part and Denying in Part Motion of Lee Investments LLC to Vacate Partial Judgment on Jury Verdict Upon Multiple Claims Involving Multiple Parties or To Alter or Amend Partial Judgment Pursuant to Federal Rules of Civil Procedure 59(e), 60(a) and (60)(b)," filed on November 21, 2008, (Doc. 862). The September 21, 2008 Order states:
>
>> 12. Lee's motion to amend the Partial Judgment to reflect that Lee did not stipulate to the inclusion of an alter ego claim against Richard Ehrlich, et al., but to instead reflect that USF&G was allowed to amend its Complaint to add alter ego allegations against Richard Ehrlich, which claims were severed for trial by Order filed on July 18, 2006 (Document 256, pp. 12-16) is GRANTED *nunc pro tunc*.
>>
>> 13. Lee's motion to amend the Partial Judgment to reflect that Lee did not stipulate to any determination of claims as to Diana Conley is GRANTED *nunc pro tunc*.
>>
>> ...
>>
>> 15. Lee's motion to clarify that the issue of whether USF&G breached a duty to defend in the WCAB proceedings and in this action is not among the issues disposed of by the Partial Judgment and is reserved for resolution in a future proceeding is GRANTED.

The Findings of Fact and Conclusions of Law are amended *nunc pro tunc* at page 8, line 14 to delete "February, 1998" and to substitute "February, 1999."

The Findings of Fact and Conclusions of Law are amended *nunc pro tunc* at page 9, line 25 to delete "April 16, 1999" and to

**substitute "April 26, 1999."**

    **In all other respects, the Findings of Fact and Conclusions of Law remain in effect as filed on August 5, 2009.**

    IT IS SO ORDERED.

**Dated:   October 6, 2009**           /s/ Oliver W. Wanger  
                                                      UNITED STATES DISTRICT JUDGE