SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PAUL S. MALINGAGIO, Cal. Bar No. 90451
pmalingagio@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398

Attorneys for
LEE INVESTMENTS LLC dba THE ISLAND,
RICHARD K. EHRLICH, REXFORD
PROPERTIES, LLC, REXFORD
DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEE INVESTMENTS LLC dba THE ISLAND, a California Limited Liability Company, RICHARD K. EHRLICH, an individual, REXFORD PROPERTIES, LLC, a California Limited Liability Company, REXFORD DEVELOPMENT CORPORATION, a California Corporation, and DIANA CONLEY, an individual<br><br>Defendants. | Case No. CIV F-99 5583-LJO-SMS<br><br>**STIPULATION AND ORDER VACATING JUDGMENT** |

# STIPULATION

Plaintiff United States Fidelity & Guaranty Company ("USF&G") and Defendant Lee Investments LLC ("Lee" and together with USF&G, the "Parties"), submit this Stipulation in connection with the above-captioned lawsuit.

WHEREAS:

1. On August 5, 2009, this Court entered a judgment against Lee and in favor of USF&G in the original amount of $1,517,201.20 (the "Lee Judgment");

2. Pursuant to that certain Settlement Agreement and Mutual Release of all Claims (the "Settlement Agreement") dated as of February 27, 2017, the Parties have settled the disputes between them, including Lee's liability for the Lee Judgment;

3. Pursuant to the Settlement Agreement, the Parties have agreed that the Lee Judgment be vacated and that a full satisfaction of judgment and release of lien be executed by USF&G and filed and recorded.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, that:

1. The Lee Judgment entered in this case on August 5, 2009 be VACATED.

2. In consideration of the above, USF&G provides the full satisfaction of judgment and release of lien attached hereto as Exhibit 1, acknowledging that the Lee Judgment has been satisfied in full, and Lee may file and record the same.

SMRH:480948830.2

IT IS SO STIPULATED.

Dated: 3/21/2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/ S /_____
PAUL S. MALINGAGIO

Attorneys for Defendant
LEE INVESTMENTS LLC

Dated: 3/21/2017

THE GRANT LAW FIRM

By _____/ S /_____
MILES D. GRANT

Attorneys for Plaintiff
UNITED STATES FIDELITY & GUARANTY COMPANY

## **ORDER**

Pursuant to the stipulation of the Parties, the Lee Judgment in favor of USF&G is hereby VACATED. All other aspects of the judgment entered August 5, 2009 remain in force.

IT IS SO ORDERED.

Dated: **April 17, 2017**    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE